IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| APRIL PFANNENSTIEL, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) CASE NO.  2:19-CV-02096 |
| | ) |
| v. | ) |
| | ) |
| MARS WRIGLEY CONFECTIONERY, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, the foregoing Defendant's Interrogatories to Plaintiff April Pfannenstiel was sent via electronic mail and First Class Mail to the following:

>Joshua P. Wunderlich, Esq.
>Cornerstone Law Firm
>8350 N. St. Clair Ave., Suite 225
>Kansas City, MO 64151
>j.wunderlich@cornerstonefirm.com

>*Attorney for Plaintiff*

>s/ Laura Bailey Gallagher
>Laura Bailey Gallagher, Esq.
>Harmon & Davies, P.C.
>2306 Columbia Ave.
>Lancaster, PA 17603
>Phone (717) 291-2236
>Fax (717) 291-5739
>lgallagher@h-dlaw.com

>*Attorneys for Defendant*
>*Mars Wrigley Confectionery*