IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| APRIL PFANNENSTIEL, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) CASE NO.  2:19-CV-02096 |
| | ) |
| v. | ) |
| | ) |
| MARS WRIGLEY CONFECTIONERY, | ) |
| | ) |
| Defendant. | ) |

DEFENDANT'S CERTIFICATE OF SERVICE OF DEFENDANT'S ANSWERS TO
PLAINTIFF'S FIRST INTERROGATORIES

Dated: October 7, 2019

/s/ *J. Phillip Gragson*
J. Phillip Gragson, #16103
Henson, Hutton, Mudrick, Gragson & Vogelsberg LLP
3649 SW Burlingame Road, Ste. 200
Topeka, KS   66111-2155
Phone (785) 232-2200 x 223
Fax (785) 232-3344
jpgragson@hensonlawoffice.com

Thomas R. Davies, Esq., Pro Hac Vice
Laura Bailey Gallagher, Esq., Pro Hac Vice
Harmon & Davies, P.C.
2306 Columbia Ave.
Lancaster, PA  17603
Phone (717) 291-2236
Fax (717) 291-5739
tdavies@h-dlaw.com
lgallagher@h-dlaw.com

*Counsel for Defendant*
*Mars Wrigley Confectionery*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 20th day of September 2019, the foregoing Defendant's Answers to Plaintiff's First Interrogatories to Defendant was sent by email and Overnight Delivery to the following attorneys of record:

Joshua P. Wunderlich, Esq.
Cornerstone Law Firm
8350 N. St. Clair Ave., Suite 225
Kansas City, MO 64151
j.wunderlich@cornerstonefirm.com
*Attorney for Plaintiff*

By _____
Laura Bailey Gallagher
*Attorney for Defendant*