# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| APRIL PFANNENSTIEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-02096-JAR-GEB |
| ) | |
| MARS WRIGLEY CONFECTIONERY ) | |
| US, LLC, ) | |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 3rd day of March 2020, a true and accurate copy of *Plaintiff's Second Interrogatories to Defendant* was served by electronic mail in Word and pdf format to the following attorneys of record:

J. Phillip Gragson          jpgragson@hensonlawoffice.com
Henson, Hutton, Mudrick, Gragson & Vogelsberg LLP
3649 SW Burlingame Road, Ste. 200
Topeka, KS 66111-2155

Thomas R. Davies            tdavies@h-dlaw.com
Laura Bailey Gallagher      lgallagher@h-dlaw.com
Harmon & Davies, P.C.
2306 Columbia Ave.
Lancaster, PA 17603

                Respectfully Submitted,

                CORNERSTONE LAW FIRM

      By:  /s/ Joshua P. Wunderlich
            Joshua P. Wunderlich D. Kan. #78506
            j.wunderlich@cornerstonefirm.com
            8350 N. St. Clair Ave. Suite 225
            Kansas City, Missouri 64151
            Telephone     (816) 581-4040
            Facsimile       (816) 741-8889
            ATTORNEY FOR PLAINTIFF