IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| APRIL PFANNENSTIEL, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) CASE NO. 2:19-CV-02096 |
| v. | ) |
| | ) |
| MARS WRIGLEY CONFECTIONERY, | ) |
| | ) |
| Defendant. | ) |

## INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Exhibit A:   Declaration of Nichole Phillips

Exhibit B:   Excerpts from the Deposition of Shirley Ha

Exhibit C:   Excerpts from the Deposition of Plaintiff April Pfannenstiel, Volume I

Exhibit D:   Excerpts from the Deposition of Michelle Waggoner

Exhibit E:   Excerpts from the Deposition of Benjamin Arteaga, Sr.

Exhibit F:   Excerpts from the Deposition of Jonette Penton

Exhibit G:   Declaration of Idol Rashid

Exhibit H:   Declaration of Jonette Penton

Exhibit I:   Excerpts from the Deposition of Nichole Phillips

Exhibit J:   Declaration of Christopher Krugman

Exhibit K:   Excerpts from the Deposition of Plaintiff April Pfannenstiel, Volume II