IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| APRIL PFANNENSTIEL, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) CASE NO. 2:19-CV-02096 |
| v. | ) |
| | ) |
| MARS WRIGLEY CONFECTIONERY, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF NICHOLE PHILLIPS

I, Nichole Phillips, make the following declaration in lieu of an affidavit pursuant to 28 U.S.C. § 1746:

1.  I am over the age of 18, and I am competent in all respects to testify as to the factual matter contained in this declaration. The statements made below are based on my personal knowledge and upon information made available to me in my employment with Mars, Incorporated.

2.  I am aware that this Declaration will be used in the above action in the United States District Court for the District of Kansas, specifically in connection with Defendant's Motion for Summary Judgment, and that this Declaration is the legal equivalent of a statement under oath.

3.  Mars Wrigley Confectionery is a member of the Mars, Incorporated family of companies.

4.  Attached as Exhibit A (Bates No. DEF001160) are my notes made contemporaneously with my telephone call with Detective Davies on May 23, 2018 in which he

EXHIBIT A

stated that he knew who made the report and that person wanted to remain anonymous, and that he did not tell April Pfannenstiel who the made the report.

5. I did not receive a copy of the Non Criminal Incidents Report made to the Topeka Police Department, nor did I become aware that the Non Criminal Incidents Report was filed by Jacob Edwards, until after April Pfannenstiel was terminated.

6. At the time of April Pfannenstiel's termination, I was not aware that April Pfannenstiel had an existing Workers' Compensation claim against Mars Wrigley Confectionery.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on July 28, 2020 in St. Peters, Missouri.

Nichole Phillips

