*APRIL PFANNENSTIEL vs.*

*MARS WRIGLEY CONFECTIONERY US, LLC*

---

*DEPOSITION OF BENJAMIN ARTEAGA, SR.*

*January 07, 2020*

---



mcr@metropolitanreporters.com
www.metropolitanreporters.com
913.317.8800   800.748.7511

OUT-OF-TOWN DEPOSITIONS?
WE'VE GOT YOU COVERED!



WWW.DEPOSPAN.COM

EXHIBIT E

1

1      IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF KANSAS

3

4   APRIL PFANNENSTIEL,

5                    Plaintiff,

6   vs.                         No. 2:19-cv-02096-JAR-GEB

7   MARS WRIGLEY

8   CONFECTIONERY US, LLC,

9                    Defendant.

10

11

12

13        DEPOSITION OF BENJAMIN ARTEAGA, SENIOR, a

14   Witness, taken on behalf of the Plaintiff before

15   Nissa M. Sharp, CSR No. 1365, CCR No. 528, pursuant

16   to Notice on the 7th of January, 2020, at the offices

17   of Henson Hutton Mudrick Gragson & Vogelsberg, LLP,

18   3649 SW Burlingame Road, Suite 200, Topeka, Kansas.

19

20

21

22

23

24

25



APRIL PFANNENSTIEL vs          DEPOSITION OF BENJAMIN ARTEAGA, SR.
MARS WRIGLEY CONFECTIONERY US, LLC                January 07, 2020

Page 2

1                              APPEARANCES

2

3   APPEARING FOR THE PLAINTIFF:

4        Mr. Joshua P. Wunderlich
         Cornerstone Law Firm
5        8350 North St. Clair Avenue
         Suite 225
6        Kansas City, Missouri   64151
         (816) 581-4040
7        j.wunderlich@cornerstonefirm.com

8

9   APPEARING FOR THE DEFENDANT:

10       Mr. Thomas R. Davies
         Harmon & Davies, PC
11       2306 Columbia Avenue
         Lancaster, Pennsylvania   17603
12       (717) 291-2236
         tdavies@h-dlaw.com
13

14

15

16

17

18

19

20

21

22

23

24

25

APRIL PFANNENSTIEL vs          DEPOSITION OF BENJAMIN ARTEAGA, SR.
MARS WRIGLEY CONFECTIONERY US, LLC                 January 07, 2020

Page 14

1          A.     Yes.

2          Q.     How long did that conversation last?

3          A.     About an hour.

4          Q.     Did you have any other conversations

5     with counsel prior to today regarding today's

6     deposition?

7          A.     No.

8          Q.     Have you ever been convicted of a

9     crime?

10         A.     No.

11         Q.     Have you ever been a plaintiff or a

12    defendant in a lawsuit before?

13         A.     No.

14         Q.     Do you have any reason to believe that

15    you would be unable to give your best testimony

16    today?

17         A.     No.

18         Q.     What is your highest level of

19    education?

20         A.     I graduated high school.

21         Q.     Where did you graduate high school?

22         A.     Highland Park here in Topeka, Kansas.

23         Q.     When was that?

24         A.     2003.

25         Q.     When did you begin your employment

MCR
METROPOLITAN
COURT REPORTING • LEGAL VIDEO
11880 College Blvd., Suite 405
Overland Park, KS 66210
800.748.7511 ◆ 913.317.8800 ◆ FAX 913.317.8850

Page 15

1   with Mars?

2          A.     March.  In March of 2017.

3          Q.     What was your first job title when you

4   started working for Mars in March of 2017?

5          A.     Team lead.

6          Q.     What is your current job title?

7          A.     Team member.

8          Q.     Would transitioning from team lead to

9   team member be considered a demotion at Mars?

10         A.     Yes.

11         Q.     Okay.  How long were you a team lead

12  at Mars?

13         A.     Two years.

14         Q.     When did you cease to be team lead?

15         A.     In March of last year.

16         Q.     Just under a year ago?

17         A.     Yeah.

18         Q.     Is that when you became a team member?

19         A.     Yes.

20         Q.     What was the reason for your

21  transition from team lead to team member?

22         A.     I didn't want to do rotation anymore.

23  And my wife was -- we know we were having a baby, so

24  I needed to be on straight days.

25         Q.     When you say "rotation," what do you

Page 22

1    coffee, get whatever you need to get before you

2    actually start.  And, I mean, it was very beneficial.

3          Q.     Okay.  So the 05 was like 5 minutes

4    after the hour or after the beginning of the shift?

5          A.     Yes.

6          Q.     Okay.  How many people were typically

7    on a team?

8          A.     We have about nine on the packaging

9    side and like five for process.  But it was the whole

10    team together, plus team leads.

11          Q.     And you kind of anticipated my next

12    question.  As I understand it, there are kind of --

13    each team was divided into two lines, the packaging

14    side and the processing side; is that fair?

15          A.     Yes.

16          Q.     Okay.  Did each side have a team lead?

17          A.     Yes.

18          Q.     So, were you always a team lead on

19    either packaging or process during your time as a

20    team lead?

21          A.     When I started, they train me for like

22    2, 3 weeks on the process side so I can see how the

23    process worked.  Then from there they moved me to the

24    packaging.

25          Q.     And then from that time on, were you a

Page 31

1      Q.      Okay.  Who was your immediate

2   supervisor in March of 2018?

3      A.      Shirley Ha.

4      Q.      And what was her job title at that

5   time?

6      A.      VSM, value stream manager.

7      Q.      I'm sorry?

8      A.      Value stream manager.

9      Q.      Was she a supervisor for all team

10  leads at Snickers?

11     A.      Yes.

12     Q.      Is it safe to say that at some point

13  during your time as team lead, you became

14  Ms. Pfannenstiel's supervisor?

15     A.      Yes.

16     Q.      When do you recall that happening?

17     A.      When I started there, she wasn't

18  there.  But my partner, the team lead that I worked

19  with, he was the one that said you are going to have

20  another person coming to your team.  And the time of

21  when she came, I don't remember exactly.

22     Q.      Okay.

23     A.      I just remember she was gone when I

24  got there.

25     Q.      Who was your partner?

MCR
METROPOLITAN
COURT REPORTING • LEGAL VIDEO
11880 College Blvd., Suite 405
Overland Park, KS 66210
800.748.7511 ♦ 913.317.8800 ♦ FAX 913.317.8850

APRIL PFANNENSTIEL vs          DEPOSITION OF BENJAMIN ARTEAGA, SR.
MARS WRIGLEY CONFECTIONERY US, LLC          January 07, 2020

Page 32

1          A.     Harry Smith.

2          Q.     Did Harry tell you why

3    Ms. Pfannenstiel was coming to your team?

4          A.     No.

5          Q.     Did you ever have any knowledge as to

6    why Ms. Pfannenstiel joined your team?

7          A.     No.

8          Q.     Do you have any knowledge today as to

9    why Ms. Pfannenstiel joined your team?

10         A.     Yeah, a little bit.

11         Q.     Okay.  What is your understanding of

12   why Ms. Pfannenstiel joined your team?

13         A.     That she had some issues with another

14   team members on the other teams and she got moved.

15         Q.     Okay.  And, again, you were a team

16   lead on the green team at this time; is that correct?

17         A.     Yes.

18         Q.     Okay.  What team leads did you

19   understand that she had a problem with before?

20         A.     After she came back -- after she came

21   back, Harry was the one that told me.

22         Q.     Okay.  And what did Harry tell you at

23   that time?

24         A.     He said that they had some issues.  He

25   didn't exactly say the whole story, he just said she

APRIL PFANNENSTIEL vs          DEPOSITION OF BENJAMIN ARTEAGA, SR.
MARS WRIGLEY CONFECTIONERY US, LLC          January 07, 2020

Page 37

1      A.      So, we have a training every month, we

2    have two trainings.  They get -- if they don't attend

3    to one of those, you get an e-mail saying this person

4    did not complete it.  You have to, they send you the

5    link, you have to get it to them.  Try to get those

6    trainings.  Or any recertifications that they need to

7    do every year, because every year we have to

8    basically recertified on the different stuff.  And if

9    they don't have it, we have to provide that to them.

10   We have to make time for them to complete those.

11      Q.      Did you personally witness any

12   attendance issues with Ms. Pfannenstiel in 2017 when

13   you first became her supervisor?

14      A.      What do you mean?

15      Q.      Well, so again I want to -- it's my

16   understanding from your previous testimony that you

17   don't recall precisely when you became

18   Ms. Pfannenstiel's supervisor, correct?

19      A.      Correct.

20      Q.      But it's my understanding from your

21   testimony that she was out of the plant for a while

22   when you became a team lead on the green team,

23   correct?

24      A.      Yes.

25      Q.      And then at some point after you

Page 38

```
 1   became a team lead, she came back, she transferred on

 2   to your team?

 3        A.     Yes.

 4        Q.     So, at that time whenever it was, do

 5   you recall noting chronic tardiness from her, for

 6   example?

 7        A.     I remember from that having some

 8   conversations about those.  I don't recall like times

 9   or like days that I can picture in my mind.  I

10   remember having those conversations, but I don't

11   remember if they were associated with FMLA.

12        Q.     Okay, and we'll definitely talk about

13   FMLA here in a second.

14               So, it's your understanding that at

15   some point Ms. Pfannenstiel was on FMLA while you

16   were her supervisor, correct?

17        A.     Yes.

18        Q.     And it's your understanding that at

19   least some of that FMLA was what's referred to as

20   intermittent?

21        A.     Yes.

22        Q.     Correct?

23               And do you understand that

24   "intermittent FMLA" means that an employee's not off

25   for a block of time, but takes, kind of, takes leave
```

Page 52

1   excessive breaks?

2          A.     Me personally?

3          Q.     Yes.

4          A.     No.

5          Q.     Okay.   During the meeting with

6   Mr. Stilley and Ms. Pfannenstiel, did you at any

7   point feel like the reactions that Ms. Pfannenstiel

8   and Mr. Stilley were having towards each other were

9   disproportionate for the situation?

10         A.     What's disproportionate?

11         Q.     Okay.   Did you feel like they were

12  both overreacting to the situation?

13         A.     No.   They looked mad at each other.

14  They looked like they were angry at each other.

15         Q.     And I guess my question is, did you

16  feel like they were getting way too mad about what

17  was the issue that was at hand, based on just your

18  personal observations?

19         A.     My personal observation on that was is

20  that this issue wasn't like -- I felt like that

21  wasn't the issue.   I felt like the issue was from

22  before.   Because some of the comments, like from

23  Jordan, was that for her on her fault, that's why the

24  other guy got fired.   It was something -- I think it

25  was more anger to that, that's when she came back at

MCR

11880 College Blvd., Suite 405
Overland Park, KS 66210
METROPOLITAN  800.748.7511 ◆ 913.317.8800 ◆ FAX 913.317.8850
COURT REPORTING ◆ LEGAL VIDEO

APRIL PFANNENSTIEL vs          DEPOSITION OF BENJAMIN ARTEAGA, SR.
MARS WRIGLEY CONFECTIONARY US, LLC          January 07, 2020

Page 53

1   him.  And, like I said, I tried to stop them both at

2   the same time like that, but it was too much for me

3   to stop.  I told them, okay, stop.

4          I got everybody out.  I got two

5   people, which it was Jacob and Hailey out, and I

6   pulled April out of the room too.  And she was

7   crying, and then that's when Shirley came in --

8          Q.     Okay.

9          A.     -- to help us with that.

10         Q.     And you, actually, you touched on

11  exactly where I was ending up going.

12          It's your recollection that

13  Mr. Stilley made a comment during that meeting

14  regarding Ms. Pfannenstiel getting either -- getting

15  someone else fired?

16         A.     Yes.

17         Q.     And it's your understanding that that

18  was in reference to either Travis Bussen or James

19  Gustin; is that correct?

20         A.     Correct.

21         Q.     Because, as we talked about when we

22  were discussing your job at Reser's, someone taking

23  too long of a break or something like that, at

24  Reser's that was kind of considered a small issue,

25  correct?

APRIL PFANNENSTIEL vs          DEPOSITION OF BENJAMIN ARTEAGA, SR.
MARS WRIGLEY CONFECTIONERY US, LLC                  January 07, 2020

Page 55

1    here today, you recall someone commenting that they

2    could hear Mr. Stilley shouting at Ms. Pfannenstiel?

3         A.    Both shouting, yes.

4         Q.    You had mentioned earlier that

5    Ms. Pfannenstiel was -- strike that.

6              Correct me if I'm wrong, it's my

7    understanding from your testimony that it was your

8    understanding that Ms. Pfannenstiel was out on leave

9    when you became team lead on green; is that fair?

10        A.    Yes.

11        Q.    And, at some point, did you come to

12   understand that Ms. Pfannenstiel was out on leave

13   because of the issues that she'd had with the

14   supervisors prior to you joining the company?

15        A.    Yes.

16        Q.    Okay.  How did you come to understand

17   that?

18        A.    So, when I first started like the

19   first couple weeks, they basically go through

20   orientation, all that stuff.  And so I got to the

21   floor like, I don't know, month and a half, 2 months

22   later.

23              When I was learning my area from

24   Harry, just comments like, hey, she came because of

25   this, with the issue with the two leads, and that's

APRIL PFANNENSTIEL vs          DEPOSITION OF BENJAMIN ARTEAGA, SR.
MARS WRIGLEY CONFECTIONERY US, LLC          January 07, 2020

Page 107

1   even going to say, give a range, because they bounce

2   around, but the first page of this document is Bates

3   stamped DEF000166.  And these are your text messages?

4        A.    Yes.

5        Q.    Between you and Ms. Pfannenstiel?

6        A.    Yes.

7        Q.    And there's a text message from

8   Ms. Pfannenstiel on May 22nd, 2018, at 10:36 AM that

9   reads:  "Please call me back," or excuse me, "Please

10  call me when you can."

11            Goes on to read:  "The detective

12  called me back.  Said he needs me to come down to

13  police station about some accusations that had been

14  made against me from a possible coworker."  Sad

15  emoji.  "This is crazy and not fair."  Crying emoji.

16  Crying emoji.  Crying emoji.  Crying emoji.  Crying

17  emoji.

18            Correct?

19       A.    Yes.

20       Q.    Do you recall what was going on at the

21  plant that day?

22       A.    I don't know if it was the day that

23  somebody came and looked for her at the front desk,

24  they called and said someone is here to see

25  Mrs. April.

MCR
METROPOLITAN
COURT REPORTING • LEGAL VIDEO
11880 College Blvd., Suite 405
Overland Park, KS 66210
800.748.7511 ♦ 913.317.8800 ♦ FAX 913.317.8850

APRIL PFANNENSTIEL vs          DEPOSITION OF BENJAMIN ARTEAGA, SR.
MARS WRIGLEY CONFECTIONERY US, LLC              January 07, 2020

Page 124

1    think it was.

2              Q.     Okay.  What I wanted to look at was

3    specifically -- and, unfortunately, it's hard to put

4    exactly where it falls in line in the thread.  It's

5    clearly before, if you look at the second page of

6    texts, DEF000193, it says at the top of the page --

7    or in the middle of the page there's a date stamp, a

8    timestamp, Tuesday, May 22nd, 12:22, PM.

9                     Do you see that?

10             A.     Yes.

11             Q.     And then up at the very top of the

12   page, you can't tell exactly where it falls, but it's

13   clearly some time before Tuesday, May 22nd, 2012

14   [sic], and presumably after 10:36 AM.

15                    There's a text that reads from April:

16   "I don't trust this and I know I'm probably going to

17   end up in jail today.  I have a bad feeling and I

18   haven't even done anything.  I guess a lot more was

19   supposedly said.  The shooting up the place was just

20   one of them."  Sad face.

21                    Did I read that correctly?

22             A.     Yes.

23             Q.     Okay.  At the time, do you recall what

24   your understanding was when Ms. Pfannenstiel said

25   "shooting up the place"?

MCR
METROPOLITAN
COURT REPORTING • LEGAL VIDEO
11880 College Blvd., Suite 405
Overland Park, KS 66210
800.748.7511 ♦ 913.317.8800 ♦ FAX 913.317.8850

133

1                      C E R T I F I C A T E

2

3              I, Nissa M. Sharp, a Certified Court

4    Reporter, do hereby certify:

5              That prior to being examined the witness was

6    by me duly sworn;

7              That said deposition was taken down by me in

8    shorthand at the time and place hereinbefore stated

9    and was thereafter reduced to writing under my

10   direction;

11             That I am not a relative or employee or

12   attorney or counsel of any of the parties, or a

13   relative or employee of such attorney or counsel, or

14   financially interested in the action.

15             The original transcript is in the custody of:

16        Mr. Joshua P. Wunderlich
          Cornerstone Law Firm
17        8350 North St. Clair Avenue
          Suite 225
18        Kansas City, Missouri  64151

19             WITNESS my hand and seal this 7th day of
     January, 2020.

20

21                    _____

22                    Nissa M. Sharp
                      CSR No. 1365, CCR No. 528

23   APRIL PFANNENSTIEL vs. MARS WRIGLEY CONFECTIONERY US,
     LLC

24

25



11880 COLLEGE BOULEVARD, SUITE 405
OVERLAND PARK, KANSAS 66210
1.800.748.7511 · 913.317.8800 · FAX 913.317.8850