# *APRIL PFANNENSTIEL vs.*
# *MARS WRIGLEY CONFECTIONARY, US, LLC*

## *DEPOSITION OF JONETTE PENTON*

### *June 02, 2020*



**METROPOLITAN COURT REPORTERS**
COURT REPORTING + LEGAL VIDEO

mcr@metropolitanreporters.com
www.metropolitanreporters.com
913.317.8800   800.748.7511

OUT-OF-TOWN DEPOSITIONS?
WE'VE GOT YOU COVERED!



WWW.DEPOSPAN.COM

EXHIBIT F

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                    FOR THE DISTRICT OF KANSAS
 3
 4    APRIL PFANNENSTIEL,
 5                    Plaintiff,
 6    vs.                                  No.
 7    MARS WRIGLEY CONFECTIONARY, US,      2:19-cv-02096-
 8    LLC,                                 JAR-GEB
 9                    Defendants.
10
11
12
13
14
15
16
17            VIDEOTAPED REMOTE DEPOSITION OF JONETTE
18    PENTON, a Witness, taken on behalf of the Plaintiff
19    before Kelsey Robbins Schmalz, CSR No. 1571,
20    CCR No. 1148, RPR, pursuant to Notice on the 2nd day
21    of June, 2020, with all participants, including the
22    witness, appearing via Zoom.
23
24
25
```

Page 2

1              APPEARANCES

2

3  APPEARING VIA MOBILE VIDEOCONFERENCING FOR THE
   PLAINTIFF:
4
        Mr. Joshua P. Wunderlich
5       Cornerstone Law Firm
        5821 Northwest 72nd Street
6       Kansas City, Missouri  64151
        816-581-4040
7       j.wunderlich@cornerstonefirm.com

8

9  APPEARING VIA MOBILE VIDEOCONFERENCING FOR THE
   DEFENDANT:
10
        Ms. Laura Bailey Gallagher
11      Harmon & Davies, PC
        2306 Columbia Avenue
12      Lancaster, Pennsylvania  17603
        800-238-2803
13      lgallagher@h-dlaw.com

14

15 VIDEOGRAPHER APPEARING VIA MOBILE VIDEOCONFERENCING:

16      Mr. Jeremy Martin, CLVS

17

18

19

20

21

22

23

24

25

1    A.    I have my master's degree from the
2 University of Iowa in nursing.
3    Q.    When did you receive that?
4    A.    2009.
5    Q.    Are you currently employed?
6    A.    Yes.
7    Q.    With whom?
8    A.    Mars, Incorporated.
9    Q.    What is your current job title?
10   A.    Regional nurse case manager.
11   Q.    How long have you held that title?
12   A.    Will be nine years August 12th.
13   Q.    So that's the same job title you held
14 with Mars at the time of Ms. Pfannenstiel's
15 employment?
16   A.    Yes.
17   Q.    And I'm sure that -- well, strike
18 that.
19         Aside from the COVID-19 outbreak, was
20 it in your -- were you normally on site at the Topeka
21 plant on a daily basis?
22   A.    I'm there about three weeks of the
23 month. I'm also responsible for other plants in
24 addition to Topeka, so I do travel.
25   Q.    What other plants are you responsible

1   11:23.  We're back on the record.
2   BY MR. WUNDERLICH:
3       Q.   All right.  We are back on the record.
4   Does -- Ms. Penton, does Mars have a standard
5   procedure when an employee is sent on -- or when an
6   employee suffers a work injury -- strike that.  That
7   was going to be a terrible question.  I object.
8            Trying again, does Mars have a
9   standard policy for drug testing after an employee
10  has an on-the-job injury?
11      A.   Yes.
12      Q.   Are all employees tested?
13      A.   If they are sent to a physician for
14  care, they are tested.
15      Q.   I'll show you first a document that is
16  Bates Stamped DEF000977.  Do you see that?
17      A.   Yes.
18      Q.   And this is an email from Anne Coffee
19  to you on April 27, 2018, correct?
20      A.   Yes.
21      Q.   And Anne Coffee is from Outcome, LLC.
22  Is that where Ms. -- is that where Mars sends its
23  drug testing samples from -- during the time of
24  Ms. Pfannenstiel's employment?
25      A.   Yes.

1   Q. Or at least around the end of April of
2   2018, that was who Mars contracted with to do drug
3   testing?
4   A. Yes.
5   Q. Is that sample -- was the sample that
6   would have been sent to Outcome, LLC, would that have
7   been collected at Mars?
8   A. Yes.
9   Q. What type of sample would it have
10  been?
11  A. It is a split-specimen ten-panel drug
12  screen, and the American Medical Response team
13  collects it and sends it via FedEx.
14  Q. Is that a urinalysis?
15  A. It is.
16  Q. I'm also going to show you what has
17  been Bates Stamped as 977a, which was an attachment
18  to the email that we just looked at, and I'll have
19  the court reporter mark these two together and as
20  Plaintiff's Exhibit 24.
21          THE REPORTER: You didn't mention
22  marking the last one, so I think the last one would
23  be 24 and this one would be 25.
24          MR. WUNDERLICH: Okay. Yes, I would
25  like to mark the last on as 24 and this one as 25.

Page 42

```
 1              THE REPORTER:  Okay.
 2              MR. WUNDERLICH:  Thank you, Kelsey.
 3              THE REPORTER:  Sure.
 4   BY MR. WUNDERLICH:
 5        Q.    And you would agree with me that it
 6   appears that Ms. Pfannenstiel's test came back
 7   negative for all substances that were requested to be
 8   tested for by Mars, correct?
 9        A.    Yes.
10        Q.    I'm showing you what has been marked
11   as DEF000955-1 or 2.  It's a two-page document, an
12   email from -- an email exchange between you and
13   Ms. Coffee that we discussed earlier, and the last
14   email being from you on April 24th, 2018.  Do you see
15   that?
16        A.    Yes.
17        Q.    And it's an email from you to
18   Ms. Coffee that says any updates on arrival of this
19   one?  The powers that be are inquiring.  Do you see
20   that?
21        A.    Yes.
22        Q.    Do you have any recollection as to
23   what you meant by the powers that be are inquiring?
24        A.    Management needed to know when the
25   results would be back.
```

Page 43

1    Q.    Is that -- is that common for you to
2    get requests from management as to the status of drug
3    tests?
4    A.    Yes.
5    Q.    Is it something that happens on every
6    work injury?
7    A.    Yes.
8    Q.    So it's your -- I just want to make
9    sure.  It's your testimony that every time a drug
10   sample gets sent to Outcome, LLC, that management
11   inquires to you about the status of the processing of
12   that sample?
13   A.    Yes.
14   Q.    Does Mars send drug samples to
15   Outcome, LLC, for any reason other than on-the-job
16   injuries for which an employee is sent to the doctor?
17   A.    Yes.
18   Q.    What other instances would Mars take a
19   drug sample and send it to Outcome, LLC?
20   A.    For reasonable suspicion or property
21   damage.
22            (Reporter clarification.)
23   BY MR. WUNDERLICH:
24   Q.    Now I'm showing you DEF000920.  Do you
25   see that?

Page 44

1      A.     Yes.

2      Q.     And it's a one-page document. It

3  begins with an email from Wednesday, April 25th,

4  2018, an email to you from Ms. Coffee saying sample

5  is still in testing, and then it appears that you

6  passed that email on to Ms. Ha?

7      A.     Yes.

8      Q.     And then Ms. Ha forwards that on to

9  Mr. Arteaga, correct?

10     A.     Correct.

11     Q.     Do you specifically recall was it

12 Ms. Ha that was the powers that be that was

13 requesting a status update on Ms. Pfannenstiel's drug

14 test?

15     A.     Both her and -- the information for

16 staffing purposes.

17     Q.     And you cut out there for a second on

18 my end. I don't know if it was for everybody else,

19 but just in case, could you repeat that?

20     A.     I said both her and Ben would have

21 needed to know for staffing purposes when they could

22 expect their employee back.

23     Q.     Could you explain what you mean by --

24 strike that.

25            Can you explain what the effect the

REPORTER'S CERTIFICATE OF UNSIGNED ORIGINAL DEPOSITION

For the Deposition of Jonette Penton
Taken on 06/02/2020

I, Kelsey Robbins Schmalz, a Certified Court Reporter, do hereby certify:

That the deposition transcript of Jonette Penton taken in April Pfannenstiel vs. Mars Wrigley Confectionery US, LLC, No. 2:19-CV-02096-JAR-GEB, was mailed to the witness on June 5, 2020.

That, as of this date, July 16, 2020, the signed signature page and errata sheet have not been returned to my office for filing.

*Kelsey Robbins Schmalz,* CSR No. 1571, CCR No. 1148
METROPOLITAN COURT REPORTERS, INC.