IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| APRIL PFANNENSTIEL, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION |
| | ) CASE NO. 2:19-CV-02096 |
| | ) |
| v. | ) |
| | ) |
| | ) |
| MARS WRIGLEY CONFECTIONERY, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF IDOL RASHID

I, Idol Rashid, make the following declaration in lieu of an affidavit pursuant to 28 U.S.C. § 1746:

1. I am over the age of 18, and I am competent in all respects to testify as to the factual matter contained in this declaration. The statements made below are based on my personal knowledge and upon information made available to me in my employment with Mars, Incorporated.

2. I am aware that this Declaration will be used in the above action in the United States District Court for the District of Kansas, specifically in connection with Defendant's Motion for Summary Judgment, and that this Declaration is the legal equivalent of a statement under oath.

3. I was employed as an Associate Relations Manager with Mars, Incorporated, from November 10, 2014 to September 28, 2018. I resigned, and I am no longer employed with Mars, Incorporated.

EXHIBIT G

4. As an Associate Relations Manager, I was assigned to multiple facilities, including the Mars Wrigley Confectionery facility located in Topeka, Kansas.

5. Throughout my employment with Mars, Incorporated, I was frequently on site at the Mars Wrigley Confectionery facility in Topeka, Kansas.

6. I was aware that April Pfannenstiel had charges of assault with a deadly weapon and criminal damage to property.

7. From April 9, 2018 to May 25, 2018, I was on Paternity Leave.

8. While I was on Paternity Leave, Nichole ("Niki") Phillips, also an Associate Relations Manager with Mars, Incorporated, covered my Associate Relations responsibilities and duties at multiple facilities, including the Mars Wrigley Confectionery facility in Topeka, Kansas.

9. While she was covering Associate Relations for the Topeka, Kansas facility, Niki Phillips completed an investigation of April Pfannenstiel.

10. As a result of her investigation, Niki Phillips recommended that April Pfannenstiel be terminated.

11. Upon my return to work after Paternity Leave, I reviewed Niki Phillips' recommendation to terminate April Pfannenstiel.

12. I discussed Ms. Phillips' recommendation with our manager, Senior Associate Relations Manager, Christopher Krugman.

13. I was involved in the decision to terminate April Pfannenstiel's employment from Mars Wrigley Confectionery.

14. I finalized the decision to terminate April Pfannenstiel's employment from Mars Wrigley Confectionery.

15. On May 30, 2018, I participated in a phone call notifying April Pfannenstiel that her employment was terminated.

16. At the time of April Pfannenstiel's termination, I had not received a copy of the Non Criminal Incidents Report made to the Topeka Police Department, nor did I have confirmation of the identity of the person who filed the Non Criminal Incidents Report.

17. After April Pfannenstiel was terminated, I received a one page Non Criminal Incidents Report made to the Topeka Police Department which showed that the Non Criminal Incidents Report was filed by Jacob Edwards.

18. At the time of April Pfannenstiel's termination, I was not aware that April Pfannenstiel had an existing Workers' Compensation claim against Mars Wrigley Confectionery.

19. The reason for April Pfannenstiel's termination was falsifying information and lying during a Company investigation which is an integrity issue in violation of Company policies.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on July 27, 2020 in Amarillo, Texas.

Idol Rashid