**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **APRIL PFANNENSTIEL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-cv-02096-JAR-GEB |
| | ) | |
| **MARS WRIGLEY CONFECTIONERY** | ) | |
| **US, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW Plaintiff April Pfannenstiel by through her attorney and moves the Court for an additional five (5) calendar days to respond to the Motion for Summary Judgment filed by Defendant Mars Wrigley Confectionary US, LLC. In support of this Motion, Plaintiff states:

1. This is a wrongful termination case arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*; the Family and Medical Leave Act, 29 U.S.C. §§ 2601 *et seq.*; and Kansas common law.

2. On July 31, 2020, Defendant moved for summary judgment on each of Plaintiff's claims against it.

3. Plaintiff's current deadline to respond to Defendant's motion pursuant to L.R. 6.1(d)(2) is Friday, August 21, 2020.

4. Due to unanticipated personal matters arising, in addition to the regular press of business, Plaintiff's counsel does not reasonably believe that an adequate response to Defendant's motion can be prepared by that date.

5. Plaintiff's counsel has conferred with counsel for Defendant and requested additional time to respond to Defendant's Motion for Summary Judgment.

6. Counsel for Defendant does not oppose Plaintiff's request for said extension.

7. Plaintiff's request is made in good faith and not for the purpose of unduly delaying litigation.

WHEREFORE, Plaintiff respectfully requests the Court grant her an extension of time, up to and including August 26, 2020, to respond to the Motion for Summary Judgment filed by Defendant, and for any other relief that the Court deems just and equitable.

CORNERSTONE LAW FIRM

By:  /s/ Joshua P. Wunderlich
    M. Katherine Paulus   KS BAR #23866
    m.paulus@cornerstonefirm.com
    Joshua P. Wunderlich D. Kan. # 78506
    j.wunderlich@cornerstonefirm.com
    5821 NW 72nd Street
    Kansas City, Missouri 64151
    Telephone      (816) 581-4040
    Facsimile          (816) 741-8889

    ATTORNEYS FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this  20th  day of  August , 2020, a true and correct copy of the foregoing was filed with the Clerk of Court via the Court's electronic filing system, which sends electronic notice of the same to:

J. Phillip Gragson        jpgragson@hensonlawoffice.com
Henson, Hutton, Mudrick, Gragson & Vogelsberg LLP
3649 SW Burlingame Road, Ste. 200
Topeka, KS 66111-2155

Thomas R. Davies        tdavies@h-dlaw.com
Laura Bailey Gallagher    lgallagher@h-dlaw.com
Harmon & Davies, P.C.
2306 Columbia Ave.
Lancaster, PA 17603

 /s/ Joshua P. Wunderlich                      
Attorney for Plaintiff