# Ex. A

Exhibit

Penton- 26

MCR  - 06/02/20  - KRS

## Joshua Wunderlich

**From:** Penton, Jonette
**Sent:** Tuesday, April 24, 2018 12:58 PM
**To:** Anne Coffee
**Subject:** A Pfannenstiel
**Attachments:** COC.pdf

Any updates on arrival of this one.  The powers that be are inquiring.

Jonette

**From:** Anne Coffee [mailto:support@outcome-llc.com]
**Sent:** Monday, April 23, 2018 2:57 PM
**To:** Penton, Jonette <Jonette.Penton@effem.com>
**Subject:** Re:

That would most likely ship to the lab today and be there tomorrow morning.  We will watch for it to arrive.

Anne


Thank you.

Anne S Coffee, C-DERT

Outcome LLC
310 White Swan Court
Wilmington, NC 28412

260-338-1424

CONFIDENTIALITY NOTICE

The materials in this electronic mail transmission (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify the sender by telephone at (260) 338-1424 or send an electronic message to support@outcome-llc.com and thereafter immediately delete the electronic mail transmission and destroy any printouts of the transmission.

On Mon, Apr 23, 2018 at 3:56 PM, Penton, Jonette <Jonette.Penton@effem.com> wrote:

> Saturday evening about 8 PM
>
> Jonette Penton
> Sent from my iPhone
>
> On Apr 23, 2018, at 2:56 PM, Anne Coffee <support@outcome-llc.com> wrote:
>
>> Not yet.  Do you know when it was collected?
>>
>> Anne

1

Thank you.

Anne S Coffee, C-DERT

Outcome LLC
310 White Swan Court
Wilmington, NC 28412

260-338-1424

CONFIDENTIALITY NOTICE

The materials in this electronic mail transmission (including all attachments) are private and confidential and are the property of the sender. The information contained in the material is privileged and is intended only for the use of the named addressee(s). If you are not the intended addressee, be advised that any unauthorized disclosure, copying, distribution or the taking of any action in reliance on the contents of this material is strictly prohibited. If you have received this electronic mail transmission in error, please immediately notify the sender by telephone at (260) 338-1424 or send an electronic message to support@outcome-llc.com and thereafter immediately delete the electronic mail transmission and destroy any printouts of the transmission.

On Mon, Apr 23, 2018 at 3:50 PM, Penton, Jonette <Jonette.Penton@effem.com> wrote:

> Hello just checking to see if a drug screen arrived for April Pfannenstiel From Topeka today
>
> Jonette Penton
> Sent from my iPhone