Ex. B

**Exhibit**

**Penton- 28**

MCR  - 06/02/20  - KRS

## Joshua Wunderlich

| | |
|---|---|
| **From:** | Penton, Jonette |
| **Sent:** | Wednesday, May 2, 2018 10:01 AM |
| **To:** | ckennedy@stormontvail.org |
| **Subject:** | appt needed |
| **Attachments:** | Confirmation.docx; 4-21-18 ER note.pdf; 042118 - MWC - TOP Associate FB Locker Room Slip SH Edit.docx |

Caroline
Looking for a late afternoon tomorrow – the associate is off work at 330pm

April Pfannenstiel
10-18-79
WC 413 D 52682 – Liberty Mutual Claim Number

Alleged fall after slipping on a hair net on 4-21-18.  Treated at Stormont ER.  Was off work thru 4-28-18 secondary to our drug screen policy which states you must have a negative drug screen prior to returning.

Her supervisor states she is having discomfort today but did not complete her prescribed medication.  Today we are restricting her duty and encouraging her medication.

There are also performance based issues for this associate.  I can provide detail if needed.
_Jonette E Penton, RN,MSN,CCM,CPDM_

**Regional Nurse Case Manager**
**MAS -  US Health & Wellbeing**
**Mars Global Services**

**M: 908-798-8534**
**Confidential Fax: 973-347-1059**

**E:** Jonette.penton@effem.com



**MARS**

*CONFIDENTIALITY. This email and any attachments are confidential and may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email and any attachments from your system.*

1

directed to the following claims office:

**LIBERTY MUTUAL**
**PO BOX 95401**
**HOFFMAN ESTATES, IL 60195-0401**
**Phone: (847)645-9233**
**Fax: (603)334-8077**

Jternatively, you can submit a maximum of 5 documents electronically by clicking here:   **Submit Documents**

his document submission supports the following file types:
.udio Files:mp3,wav,wma
nage Files:bmp,dic,exc,gif,htm,html,jpeg,jpg,pdf,tif,tiff
ext Files:doc,docx,log,msg,ppt,pptx,rtf,scp,txt,xls,xlsx
ext and image files should not be greater than 5MB and audio not greater than 10MB

## Report Confirmation Summary

| Claim Confirmation Number | Claim Number |
|---|---|
| **788827030** | **WC413D52682** |

| Basic Report Facts | |
|---|---|
| Employee First Name: | **April** |
| Employee Middle Initial: | **D** |
| Employee Last Name: | **Pfannenstiel** |

DEF000961a

Pfannenstiel, April Dawn (MR # 093294) DOB: ███████          Encounter Date: 04/21/2018

# Stormont Vail Health

## Pfannenstiel, April Dawn

MRN: 093294
Description: 38 year old female

**ED 4/21/2018 (45 minutes)**
Status: Discharged
Stormont Vail Emergency Services

Attending: Krob, Rachael, MD
Primary Impression: Acute right-sided low back pain with right-sided sciatica
Chief complaint: Low Back Pain

### ED Provider Notes
Expand All  Collapse All

Krob, Rachael, MD (Physician) - Emergency Medicine

#### History

**Chief complaint**
Patient presents with
· Low Back Pain

**HPI**
36 y.o F presents with c/o low back pain. Says she was walking in the locker room at work this afternoon when she slipped on a helmet. She slid across the floor and hit a wall but did not fall. Since then she has spasms of pain in her right low back sometimes radiating into her right buttock, but not further down her leg. No numbness or tingling, no weakness. Describes the pain as sharp. Took ibuprofen & Tylenol, but continued to have pain, so her boss sent her in. No midline pain. No other injuries. Says it feels better when she lays on her side or bends forward.

**Past Medical History:**
Diagnosis                                                       Date
· ADHD (attention deficit hyperactivity disorder)
· Depressive disorder, not elsewhere classified
  *Depression; NS PMH*
· Esophageal reflux
  *GERD; NS PMH*
· Hypertension
  *not taking meds*
· Nextgen PMH Comments
  *, anxiety, obesity, ADHD*
· Obstructive sleep apnea
  *no cpap*

**Past Surgical History:**
Procedure                    Laterality.          Date
· LEFT CARPAL TUNNEL RELEASE                11/27/2017
  *Jake Deister, MD*
· NEXTGEN PAST PROCEDURE
  *04/07/2008 – Holter Monitor; Normal SinuS rythmS, normal holter. Rare PVC'S and APC'S./Cotton-O'Neil Heart Center*
· NEXTGEN PAST PROCEDURE

Printed by Kennedy, Carolyn Y, RN at 4/23/18 7:49 AM

Page 1 of 7

---

Pfannenstiel, April Dawn (MR # 093294) DOB: ███████          Encounter Date: 04/21/2018

  *10/15/2007 - BiopSy of Skin,left ShoUlder on back/Stormont-Vail HealthCare/Mark S Synovec MD*
· NEXTGEN PAST PROCEDURE
  *11/16/2007 - PFT'S: No obStrUctive defect Seen. PoSSible mild reStrictive defect. FEV1 98%, DLCO 81%/Cotton-O'Neil Clinic, 823 MUlvane/Mar/US  PacIolanU MD*
· RIGHT CARPAL TUNNEL RELEASE
                                                           12/27/2017

**Family History**
Problem                          Relation              Age of Onset
· Other                          Other
  *Mother – HTN, Diabetes*
· Other                          Other
  *Maternal Grandmother - is Alive, Diabetes*
· Other                          Other
  *Maternal Grandfather - is Deceased, Other History: Heart Disease*
· Other                          Other
  *Family History Comments - Patient reports no knowledge of paternal side history*

**Social History**
Substance Use Topics
· Smoking status:               Former Smoker
· Smokeless tobacco:            Never Used
  *Comment: Quit smoking: Year stopped 04/2019/Number of yrs: /Packs per day: /Pack year*
· Alcohol use                   Yes
  *Comment: Alcoholic Drinks/day: Yes/occasionally*

Review of Systems All systems negative except as noted in HPI.

#### Physical Exam

**Vitals:**
                04/21/18 2238
BP:             117/82
BP              Left arm
Location:
Patient         Sitting
Position:
Pulse:          (!) 151
Resp:           22
Temp:           98.1 °F (36.7 °C)
SpO2:           99%
Weight:         65.5 kg (145 lb 9.6 oz)
Height:         1.676 m (5' 6")

**Physical Exam**
General:  Adult female, alert, cooperative, no resp distress, appears stated age
Head:     Normocephalic, atraumatic
Eyes:     EOMs intact, PERRL
Neck:     Supple, no LAD
Ext:      No edema or deformity, full ROM of hips & knees

Printed by Kennedy, Carolyn Y, RN at 4/23/18 7:49 AM

Page 2 of 7

DEF00061b-1

Pfannenstiel, April Dawn (MR # 093294) DOB: ███  Encounter Date: 04/21/2018

**Back:** No midline tenderness or deformity, no CVA tenderness. Slight right low lateral lumbar tenderness without hematoma or contusion.
**Skin:** Cool and dry
**Neuro:** Slightly antalgic gait, otherwise non-focal
**Psych:** Normal affect

ED Course: ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░
Procedures

MDM
Pt with c/o LBP. Possible mild sciatic compression as evidenced by pain in right buttock. Given toradol & Flexeril. Discharging with same, Lidoderm. Advised to f/u with PCP & Dr Garrett.

Medications
cyclobenzaprine (FLEXERIL) tablet 10 mg (10 mg Oral Given
4/21/18 2208)

Labs Reviewed - No data to display
No orders to display

Active Orders
There are no active orders.

1.  Acute right-sided low back pain with right-sided sciatica

Krob, Rachael, MD
04/21/18 2316

**Other Notes**
🗎 ED notes from Federico, Nicole G, RN  🗎 ED Notes from Federico, Nicole G, RN    All notes
🗎 ED Triage Notes from Smith, Jenna E, RN  🗎 ED Triage Notes from Diegel, Savannah L, RN

**Additional Orders and Documentation**
⚗ Results  🖊 Meds  🗎 Orders  ▦ Flowsheets

Encounter Info:  History, Allergies, ED Timeline, ED Orders, Documentation Data, Discharge Information

---

Pfannenstiel, April Dawn (MR # 093294) DOB: ███  Encounter Date: 04/21/2018

**Communications**
🗎 Summary of Care Document sent to Dale G Garrett, MD
   Sent 4/21/2018 by Krob, Rachael, MD

**Media**
Document on 4/21/2018 11:18 PM by Federico, Nicole G, RN : ED After Visit Summary
Scan on 4/21/2018 11:23 PM by Ward, Judy A : PATIENT AMR PAPER
Scan on 4/21/2018 11:24 PM by Ward, Judy A : AVS SIGNATURE PAGE
Scan on 4/21/2018 11:25 PM by Ward, Judy A : AVS SIGNATURE PAGE

🗎 **Order-Level Documents:**
There are no order-level documents.

🗎 **Patient-Level Documents:**
Insurance Card - Scan on 4/5/2014 11:12 AM : Cigna Expired
Insurance/Financial - Scan on 9/2/2006 11:44 AM : INSURANCE CARD
Release of Information - Scan on 10/18/2005 10:37 AM : RELEASE OF INFORMATION

**Hospital account-Level Documents:**
SV Consent of Treatment - Electronic signature on 4/21/2018 11:02 PM

🗎 **Previous ED Visits**

| | Complaint | Diagnosis Description | Type | Department | Provider |
|---|---|---|---|---|---|
| 5/27/17 | Hand Pain | Right wrist pain | ED (DISCHARGE) | EMD | Heidewald, Thomas D, MD |
| 1/21/17 | Dental Pain | Pain, dental ... | ED (DISCHARGE) | EMD | Sartain, Sarah C, MD |
| 8/16/15 | Alleged Sexual Assault | | ED (DISCHARGE) | EMD | ... |
| 10/31/14 | Dental Pain | Dental abscess | ED (DISCHARGE) | EMD | Heidewald, Thomas D, MD |
| 7/27/14 | Numbness | | ED (LWBS BEFORE) | EMD | |
| 5/11/14 | Chest Pain | Chest pain, unspecified | ED (DISCHARGE) | EMD | Basset, P Marcus, MD |
| 5/10/12 | Back Pain | Pinched nerve ... | ED (DISCHARGE) | EMD | Jones, Jon K, MD |

**ED Arrival Information**

| Expected | Arrival | Acuity | Means of Arrival | Escorted By | Service | Admission Type |
|---|---|---|---|---|---|---|
| - | 4/21/2018 22:30 | Urgent | AMR | Co-Worker | Emergency Medicine | Emergency |

Arrival Complaint
Back Injury

DEF0009611b-2

Pfannenstiel, April Dawn (MR # 093294) DOB: ▓▓▓▓▓   Encounter Date: 04/21/2018

## ⚕ Problem List

Date Reviewed: 1/16/2018

| | ICD-10-CM | Priority | Noted - Resolved | Last Modified |
|---|---|---|---|---|
| Generalized anxiety disorder | F41.1 | | Unknown - Present | 1/1/1900 by Historical, Nextgen Problems |
| Bilateral carpal tunnel syndrome | G56.03 | | 11/2/2017 - Present | 12/27/2017 by Deistar, Jake C, MD |

Overview Signed 11/2/2017 1:51 PM by Lenhart, Amy R
Added automatically from request for surgery 47537

## Home Medications

Med List Status: In Progress Set By: Smith, Jenna E, RN at 04/21/2018 10:39 PM

| | Taking? | Last Dose | Start Date | End Date | Provider |
|---|---|---|---|---|---|
| ⚕ amphetamine-dextroamphetamine (ADDERALL) 20 MG tablet | | | 10/09/17 | -- | Outreach, Physician |
| Notes: Received from External Pharmacy | | | | | |
| ℞ hydrocodone-acetaminophen (NORCO) 5-325 MG | | | 12/27/17 | -- | Deistar, Jake C, MD |
| Take 1 tablet by mouth every 6 (six) hours as needed for Moderate Pain. Do not exceed a daily dose of 4 tablets | | | | | |
| Patient not taking: Reported on 1/16/2018 | | | | | |

## Prior to Admission Medications

| Prescriptions | Last Dose | Informant | Patient Reported? | Taking? |
|---|---|---|---|---|
| amphetamine-dextroamphetamine (ADDERALL) 20 MG tablet | | | Yes | No |
| TK ONE T PO BID UTD | | | | |
| hydrocodone-acetaminophen (NORCO) 5-325 MG | | | No | No |
| Take 1 tablet by mouth every 6 (six) hours as needed for Moderate Pain. Do not exceed a daily dose of 4 tablets | | | | |
| Patient not taking: Reported on 1/16/2018 | | | | |

## Order Reconciliation History

See actions taken during medication reconciliation for each medication

## ⚕ Patient Lines/Drains/Airways Status

Active PICC Line / CVC Line / PIV Line / Drain / Airway / Intraosseous Line / Epidural
Line / ART Line / Line / Wound / Pressure Injury
Wound 11/27/17 Incision Arm Left

| Date First Assessed | 11/27/17 | Site: | Arm |
|---|---|---|---|
| Time First Assessed | 0820 | Days: | 146 |

Wound 12/27/17 Incision Arm Right

---

Pfannenstiel, April Dawn (MR # 093294) DOB: ▓▓▓▓▓   Encounter Date: 04/21/2018

| Date First Assessed | 12/27/17 | Site: | Arm |
|---|---|---|---|
| Time First Assessed | 0754 | Days: | 116 |

## ED Vitals

| Date/Time | Temp | Pulse | Resp | BP | SpO2 | Weight | Who |
|---|---|---|---|---|---|---|---|
| 04/21/18 2325 | -- | 69 | 17 | 115/72 | 100 % | | NGF |
| 04/21/18 2320 | -- | 69 | | -- | 100 % | | NGF |
| 04/21/18 2315 | -- | | | 115/72 | | | NGF |
| 04/21/18 2236 | 98.1 °F (36.7 °C) | ↑ 151 | 22 | 117/82 | 99 % | 146 lb 9.9 oz JES (66.5 kg) | |

## ▼ ED Events

| Date/Time | Event | User | Comments |
|---|---|---|---|
| 04/21/18 2229 | Emergency encounter created | BARGE, DALLAS | |
| 04/21/18 2230 | Patient arrived in ED | BARGE, DALLAS | |
| 04/21/18 2236 | Triage Started | SMITH, JENNA E | |
| 04/21/18 2239 | Triage Completed | SMITH, JENNA E | |
| 04/21/18 2240 | Patient roomed in ED | SMITH, JENNA E | To room 01 |
| 04/21/18 2242 | Assign Nurse | FEDERICO, NICOLE G | Federico, Nicole G, RN assigned as Registered Nurse |
| 04/21/18 2247 | Assign Attending | KROB, RACHAEL | Krob, Rachael, MD assigned as Attending |
| 04/21/18 2247 | Initiate Provider Contact | KROB, RACHAEL | |
| 04/21/18 2908 | Registration Completed | DAVIS, SAVANNAH J | |
| 04/21/18 2926 | Patient discharged | FEDERICO, NICOLE G | |
| 04/21/18 2926 | Patient departed from ED | FEDERICO, NICOLE G | |

## ED Charges

| Code | Description | Date | Service Prov | Modifiers | Qty | Status |
|---|---|---|---|---|---|---|
| 45000070 | HC EMERGENCY - LEVEL 2 | 04/21/18 | Krob, Rachael | | 1 | Filed |
| 25000000 | HC PHARMACY SELF ADMIN | 04/21/18 | Krob, Rachael | | 1 | Filed |
| 99284 | PR EMERGENCY DEPARTMENT VISIT HIGH/URGENT SEVERITY | 04/21/18 | Krob, Rachael | | 1 | Filed |

## Clinical Impressions

Primary: Acute right-sided low back pain with right-sided sciatica M54.41

## Disposition

- ⚕ Discharge

DEF000961b-3

Pfannenstiel, April Dawn (MR # 093294) DOB: ███████     Encounter Date: 04/21/2018

ED After Visit Summary (Printed 4/21/2018)

Follow-Up: Schedule an appointment with Garrett, Dale G, MD (Occupational Therapy)

## Medication Changes
As of 4/21/2018 11:26 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Added: cyclobenzaprine (FLEXERIL) 10 MG tablet | 0 | 4/21/2018 | |
| Take 1 tablet (10 mg total) by mouth 3 (three) times daily as needed for Muscle spasms. - Oral | | | |
| Added: ketorolac (TORADOL) 10 MG tablet | 0 | 4/21/2018 | |
| Take 1 tablet (10 mg total) by mouth every 6 (six) hours as needed for Moderate Pain. - Oral | | | |
| Added: lidocaine (LIDODERM) 5 % | 0 | 4/21/2018 | |
| Place 1 patch onto the skin daily. - Transdermal | | | |

## Care Timeline
2230 ⏱ Arrived
2305 ⏱ Cyclobenzaprine HCl 10 mg
2326 ⏱ Discharged

More Details

---

Pfannenstiel, April Dawn (MR # 093294)     Encounter Date: 04/21/2018

# History as of 4/21/2018

### 🩺 Medical History

| Diagnosis | Date | Comment | Source |
|---|---|---|---|
| ADHD (attention deficit hyperactivity disorder) | | | Provider |
| Depressive disorder, not elsewhere classified | | Depression: NG PMH | |
| Esophageal reflux | | GERD: NG PMH | |
| Hypertension | | not taking meds | |
| Nextgen PMH Comments | | , anxiety, obesity, ADHD | Provider |
| Obstructive sleep apnea | | no cpap | Provider |

### ⚕ Surgical History

| Procedure | Laterality | Date | Comment | Source |
|---|---|---|---|---|
| LEFT CARPAL TUNNEL RELEASE | | 11/27/2017 | Jake Delster,MD | Provider |
| NEXTGEN PAST PROCEDURE | | | 04/07/2006 - Holter Monitor: Normal SinuS rythmS, normal holter. Rare PVC'S and APC'S./Cotton-O'Neil Heart Center | |
| NEXTGEN PAST PROCEDURE | | | 10/15/2007 - BiopSy of Skin/left Shoulder on back/Stormont-Vail HealthCare/Mark S Synovec MD | |
| NEXTGEN PAST PROCEDURE | | | 11/16/2007 - PFT'S: No obStructive defect Seen. PoSSible mile reStrictive defect. FEV1 88%, DLCO 81%/Cotton-O'Neil Clinic, 823 MUlvane/MariUS PaciolanU MD | |
| RIGHT CARPAL TUNNEL RELEASE | | 12/27/2017 | | Provider |

### 👪 Family History

| Relation | Problem | Comments |
|---|---|---|
| Other | Other | Mother - HTN, Diabetes |
| Other | Other | Maternal Grandmother - is Alive, Diabetes |
| Other | Other | Maternal Grandfather - is Deceased, Other History: Heart Disease |

DEH000961b-4

Pfannenstiel, April Dawn (MR # 093294)             Encounter Date: 04/21/2018                                    Page 1 of 1

| Relation | Problem | Comments |
|---|---|---|
| Other | Other | Family History Comments – Patient reports no knowledge of paternal side history |

## Tobacco Use
**Former Smoker.**
Smokeless Tobacco: Never used smokeless tobacco.
Comments: Quit smoking: Year stopped 04/2010/Number of yrs: /Packs per day: /Pack year*

## Alcohol Use
**Yes.**
Comments: Alcoholic Drinks/day: Yes//occasionally

## Drug Use
**No.**

## Sexual Activity
**Sexually active.**

## ▣ Employment History
No employment history on file.

## ▣ Family and Education
Marital Status
Single

## ▣ Social Identity

| Preferred Language | Ethnicity | Race |
|---|---|---|
| English | Non-Hispanic | White or Caucasian |

## ✝ Social Documentation
No social documentation on file.

## Obstetric History as of 4/21/2018
The patient has not been asked about pregnancy.

### Allergies as of 4/21/2018
Reviewed On: 4/21/2018 By: Smith, Jenna E, RN

| | Severity | Noted | Reaction Type | Reactions |
|---|---|---|---|---|
| Codeine | High | 05/10/2012 | | Hives, Shortness Of Breath |
| Amoxicillin | Low | 05/10/2012 | | Rash |
| Penicillins | Low | 05/10/2012 | | Rash |

DEF000961b-5

Pfannenstiel, April Dawn (MR # 093294)                    Encounter Date: 04/21/2018

| Pfannenstiel, April Dawn #093294 (Acct:600578574) (38 y.o. F)   PCP: | 01 |
| --- | --- |
| UNASSIGNED, N | |

## Patient Care Timeline (4/21/2018 22:30 to 4/21/2018 23:26)

| 4/21/2018 | Event | Details | | User |
| --- | --- | --- | --- | --- |
| 22:29:57 | Emergency encounter created | | | Barge, Dallas |
| 22:30 | Patient arrived in ED | | | Barge, Dallas |
| 22:30 | Workmans Comp | Workmans Comp? | | Barge, Dallas |
| | | Workman's Comp?: Yes | | |
| 22:30:47 | Arrival Complaint | Back Injury | | |
| 22:31 | Copay Status | Copay Status | | Barge, Dallas |
| | | Collection?: Not collectable | | |
| 22:31 | Reg Assignment | Reg Assignment | | Sears, Alyssa |
| | | Currently assigned to: savannah (W/C Maxx) | | |
| 22:31:06 | ED Triage Notes | Pt ambulates into triage. Pt reports slipping at work and "breaking back." Pt reports back pain is on the right side and radiates down the right leg when applying pressure. Pt already had drug screening done per AMR. GCS 15; PWD, NAD | | Diegel, Savannah L, RN |
| 22:36 | Arrival Documentation | Triage Start | | Smith, Jenna E, RN |
| 22:36:16 | Triage Start | Triage Start | | Smith, Jenna E, RN |
| 22:36:47 | Chief Complaints Updated | + Low Back Pain | | Smith, Jenna E, RN |
| 22:38:48 | ED Triage Notes | Pt arrives to ED ambulatory with c/o right low back pain that radiates to thigh. Injury occurred at work when pt slipped and attempted to catch herself. Breathing even regular and unlabored. Skin pwd. GCS 15. | | Smith, Jenna E, RN |

| 4/21/2018 | Event | Details | | User |
| --- | --- | --- | --- | --- |
| 22:38 | Vital Signs | Vital Signs | | Smith, Jenna E, RN |
| | | Temp: 98.1 °F (36.7 °C) | Temp Source : Oral | |
| | | Heart Rate: ↑ 151 | Heart Rate Source: Monitor | |
| | | Resp: 22 | BP: 117/82 | |
| | | BP Method: Monitor | BP Location: Left arm | |
| | | Patient Position: Sitting | SpO2: 99 % | |
| | | ↑ RT Oxygen Device: None (Room air)* | | |
| | | Pain Screening | | |
| | | Pain Assessment: 0-10/Mankowski | Pain Score: 3 | |
| | | Pain Type: Acute pain | Pain Location: Back | |
| | | Pain Orientation: Lower; Right | | |
| | | GCS | | |
| | | GCS Age Range: > 2 years of age | Eye Opening : Spontaneous | |
| | | Best Verbal Response: Oriented | Best Motor Response: Obeys commands | |
| | | Glasgow Coma Scale Score: 15 | | |
| | | Height and Weights | | |
| | | Height: 5' 6" (167.6 cm) | Height Method: Stated | |
| | | Weight: 146 lb 9.6 oz (66.5 kg) | Weight Method: Stated | |
| | | Oxygen Therapy | | |
| | | SpO2: 99 % | ↑ RT Oxygen Device: None (Room air)* | |
| 22:38 | Anthropometrics | Anthropometrics | | Smith, Jenna E, RN |
| | | % Weight Change: 0 | | |
| 22:38 | Vitals Reassessment | Vitals Assessment | | Smith, Jenna E, RN |
| | | Automatic Restart Vitals Timer: Yes | | |

Pfannenstiel, April Dawn (MR # 093294) Printed by Kennedy, Carolyn Y, RN [CKENNEDY] at 4/23...

Pfannenstiel, April Dawn (MR # 093294) Encounter Date: 04/21/2018

Pfannenstiel, April Dawn (MR # 093294) Printed by Kennedy, Carolyn Y, RN [CKENNEDY] at 4/23...

DEF000961b-6

Pfannenstiel, April Dawn (MR # 093294)                                Encounter Date: 04/21/2018

| 4/21/2018 | Event | Details | | | User |
|---|---|---|---|---|---|
| 22:38 | Custom Formula Data | Vitals | | | Smith, Jenna E, RN |
| | | Pct Wt Change: 0 % | | | |
| | | Estimated Needs | | | |
| | | Kcals: 0 Kcals | | | |
| | | Fluid Resuscitation | | | |
| | | Goal volume = Patient Weight (kg) X 30 mL = mL goal volume (Ordered with duration or rate of > 125 mL/hr): 1894.92 mL | IBW/kg (Calculated) : 59.3 | | |
| | | Goal volume (IBW) = Patient Ideal Weight (kg) X 30 mL = mL goal volume (Ordered with duration or rate of > 125 mL/hr): 1779 mL | | | |
| | | Other flowsheet entries | | | |
| | | BEE: 1430.82 | Daily wt change: 0 | | |
| | | MAP (calculated): 94 mm Hg | Weight Change per Instance: 0 | | |
| | | Goal weight loss of: 7.33 | BSA (Calculated - sq m): 1.76 sq meters | | |
| | | BMI (Calculated): 23.67 | IBW/kg (Calculated) MALE: 63.8 kg | | |
| | | Low Range Vt 6cc/kg MALE: 382.8 mL | Adult Moderate Range Vt 8cc/kg MALE: 510.4 mL | | |
| | | Adult High Range Vt 10cc/kg MALE: 638 mL | IBW/kg (Calculated) FEMALE: 59.3 kg | | |
| | | Low Range Vt 6cc/kg FEMALE: 355.8 mL | Adult Moderate Range Vt 8cc/kg FEMALE: 474.4 mL | | |
| | | Adult High Range Vt 10cc/kg FEMALE: 593 mL | Percent Weight Change Since Birth: 0 | | |
| | | IBW/kg (Calculated) : 59.3 | | | |
| 22:38 | Personal Safety Observation | Personal Safety Objective Observations | | | Smith, Jenna E, RN |
| | | Accompanied by a controlling person or guardian: No | Patient exhibits fear, nervousness and/or avoids eye contact: No | | |
| 22:38 | Potential for Violence | Potential for Violence | | | Smith, Jenna E, RN |
| | | Signs and Symptoms of Escalation: None | | | |
| 22:39:02 | Allergies Reviewed | | | | Smith, Jenna E, RN |
| 22:39 | Focused Assessment | Airway | | | Smith, Jenna E, RN |
| | | Airway (WDL): Within Defined Limits | | | |
| | | Breathing | | | |
| | | Breathing (WDL): Within Defined Limits | | | |
| | | Circulation | | | |
| | | Circulation (WDL): Within Defined Limits | | | |
| | | Disability | | | |
| | | Disability (WDL): Within Defined Limits | | | |

Pfannenstiel, April Dawn (MR # 093294)                                Encounter Date: 04/21/2018

| 4/21/2018 | Event | Details | | | User |
|---|---|---|---|---|---|
| 22:39 | Stroke Assessment | Stroke Screening | | | Smith, Jenna E, RN |
| | | Stroke Symptoms None | | | |
| 22:39 | Triage Plan | Triage Plan | | | Smith, Jenna E, RN |
| | | Patient Acuity: 4 | | Triage Complete: Triage Complete | |
| 22:39 | Immunizations | Immunizations Status | | | Smith, Jenna E, RN |
| | | Immunizations Up To Date | | Tetanus Status: < 5 Years | |
| 22:39 | Kinder 1 Fall Risk | Kinder 1 Fall Risk Assessment | | | Smith, Jenna E, RN |
| | | Present to ED due to fall: No | Age greater than 70?: No | Impaired Mobility: No | |
| | | Altered Mental Status?: No | | | |
| | | Intervention Score: 0 | | | |
| 22:39:13 | Triage Completed | | | | Smith, Jenna E, RN |
| 22:39:21 | History Reviewed | Sections reviewed - Medical, Surgical, Family, Alcohol, Sexual Activity, Drug Use, Tobacco, ADL | | | Smith, Jenna E, RN |
| 22:39:42 | Home Medications Reviewed | | | | Smith, Jenna E, RN |
| 22:40 | Destination | Destination | | | Durnin, Sarah C, RN |
| | | ED Destination: Main ED | | | |
| 22:40 | Triage Plan | Triage Plan | | | Smith, Jenna E, RN |
| | | Patient Acuity: 3 | | Triage Complete: Triage Complete | |
| 22:40:59 | Patient roomed in ED | To room 01 | | | Smith, Jenna E, RN |
| 22:47:07 | Assign Nurse | Federico, Nicole G, RN assigned as Registered Nurse | | | Federico, Nicole G, RN |
| 22:47:45 | Initiate Provider Contact | | | | Krob, Rachael, MD |
| 22:47:45 | Assign Attending | Krob, Rachael, MD assigned as Attending | | | Krob, Rachael, MD |
| 22:52:21 | Team Member Assigned | McDaniel, Connor M, PCT assigned as Technician | | | McDaniel, Connor M, PCT |
| 22:59:07 | Orders Placed | ketorolac (TORADOL) injection 30 mg ; cyclobenzaprine (FLEXERIL) tablet 10 mg | | | Krob, Rachael, MD |

DEF0000961b-7

Pfannenstiel, April Dawn (MR # 093294)  Encounter Date: 04/21/2018

| 4/21/2018 | Event | Details | | User |
|---|---|---|---|---|
| 23:00 | Neurological | Glasgow Coma Scale | | Federico, Nicole G, RN |
| | | Eye Opening : Spontaneous | Best Verbal Response: Oriented | |
| | | Best Motor Response: Obeys commands | Glasgow Coma Scale Score: 15 | |
| | | Neurological | | |
| | | Neuro WDL: WDL (pt denies a fall with her injury and denies hitting her head, no dizziness or change in neurological status reported by the patient at this time) | Level of Consciousness: Alert | |
| | | Cognition: Appropriate Judgement: Appropriate safety awareness: Appropriate attention/concentration; Follows commands | Speech: Clear | |
| | | Facial Symmetry: Symmetrical | | |
| 23:00 | Lower Extremity Assessment | Constitutional | | Federico, Nicole G, RN |
| | | Patient Mobility: Unsteady Gait | Level of Consciousness: Alert | |
| | | Orientation Level: Oriented X4 | Skin Color: Appropriate for ethnicity | |
| | | Skin Condition/Temp: Warm Dry | Mucous Membranes: Moist Intact | |
| | | Skin Turgor: Non-tenting | | |
| | | RLE ASSESSMENT | | |
| | | Site-Leg: Upper Leg (pt reports slipping on a hair net at work tonight and hyperextending her leg; pt now reporting pain to the left lower back and butt cheek and states sharp pain shoots down her right leg with movement, pt able to ambulate but slowly and unsteady.) | Site Descriptor: (pt has full sensation and feeling in her leg and is able to bear weight on the right leg at this time) | |
| | | Color: Appropriate for ethnicity | Capillary Refill: Less than/equal to 3 seconds | |
| | | RLE Motor Strength: Normal power | Range of Motion RLE: Limited | |
| | | Pain Screening | | |
| | | Pain Assessment 0-10/Mankowski | Pain Score: 3 | |
| | | Pain Type: Acute pain | Pain Location: Back Buttocks | |
| | | Pain Orientation: Right | Multiple Pain Sites: No | |
| | | Kinder 1 Fall Risk Assessment | | |
| | | Change in Fall Risk Assessment: No | | |
| | | Safety | | |
| | | Side Rails Up?: Yes | Bed in Lowest Position: Yes | |
| | | Family at bedside: Yes | Call Light Within Reach: Yes | |

Pfannenstiel, April Dawn (MR # 093294) Printed by Kennedy, Carolyn Y, RN [CKENNEDY] at 4/23...

Pfannenstiel, April Dawn (MR # 093294)  Encounter Date: 04/21/2018

| 4/21/2018 | Event | Details | | User |
|---|---|---|---|---|
| 23:04:36 | Physician LOS Filed | LOS Code 99284 filed | | Krob, Rachael, MD |
| 23:05 | ED Notes | Work care contacted per health connections | | Federico, Nicole G, RN |
| 23:06:23 | Discharge Orders Placed | ketorolac (TORADOL) 10 MG tablet ; lidocaine (LIDODERM) 5 %; cyclobenzaprine (FLEXERIL) 10 MG tablet | | Krob, Rachael, MD |
| 23:06 | Medication Given | cyclobenzaprine (FLEXERIL) tablet 10 mg - Dose: 10 mg ; Route: Oral ; Scheduled Time: 2315 | | Federico, Nicole G, RN |
| 23:06:11 | Orders Acknowledged | New - ketorolac (TORADOL) injection 30 mg ; cyclobenzaprine (FLEXERIL) tablet 10 mg | | Federico, Nicole G, RN |
| 23:07 | Medication Hold | ketorolac (TORADOL) injection 30 mg - Dose: 0 mg ; Route: Intramuscular ; Reason: Patient/family refused ; Scheduled Time: 2315 | | Federico, Nicole G, RN |
| 23:08:31 | ED Notes | Work care phoned back and stated the drug screen collected via AMR was all that needed to be done for this pt | | Federico, Nicole G, RN |
| 23:08:41 | Registration Completed | | | Davis, Savannah J |
| 23:10:11 | Orders Discontinued | ketorolac (TORADOL) injection 30 mg | | Krob, Rachael, MD |
| 23:10:32 | Orders Acknowledged | Discontinued - ketorolac (TORADOL) injection 30 mg | | Federico, Nicole G, RN |
| 23:15 | Devices | Device Data | | Federico, Nicole G, RN |
| | | MAP (mmHg): 80 (Device Time: 23:15:00) | BP: 115/72 (Device Time: 23:15:00) | |
| 23:15 | Custom Formula Data | Other flowsheet entries | | Federico, Nicole G, RN |
| | | MAP (calculated): 86 mm Hg | | |
| 23:16:18 | Discharge Disposition Selected | ED Disposition set to Discharge | | Krob, Rachael, MD |
| 23:16:18 | Disposition Selected | | | Krob, Rachael, MD |
| 23:16:23 | ED Provider Notes | Note filed at this time | | Krob, Rachael, MD |
| 23:17 | Medication Follow Up | Medication Follow Up | | Federico, Nicole G, RN |
| | | Medication Given: flexeril | Response to Interventions: Partial Relief | |
| | | Symptoms: Decrease | Sign or Symptoms of Allergic Reaction Noted: No | |
| | | Swelling at Administration Site: No | Drainage at Administration Site: No | |
| | | Pain Screening | | |
| | | Response to Interventions: Partial Relief | | |
| 23:18 | Substance Use Screening | AUDIT-C Questions | | Federico, Nicole G, RN |
| | | How often do you have a drink of alcohol: Never | How many times in the past year have you used illegal drugs or prescription drugs other than how they were prescribed by your physician?: 0 | |

Pfannenstiel, April Dawn (MR # 093294) Printed by Kennedy, Carolyn Y, RN [CKENNEDY] at 4/23...

DEF000061b-8

Pfannenstiel, April Dawn (MR # 093294)                    Encounter Date: 04/21/2018

| 4/21/2018 | Event | Details | | User |
|---|---|---|---|---|
| 23:18 | Custom Formula Data | Other flowsheet entries PHQ-2 Total Score: 0 | Score Interpretation: Negative Screen | Federico, Nicole G, RN |
| 23:18 | PHQ-2 Depression Screen | PHQ-2 Depression Screen - Over the past 2 weeks, how often have you been bothered by any of the following problems? Little interest or pleasure in doing things: Not at all | Feeling down, depressed, or hopeless: Not at all | Federico, Nicole G, RN |
| 23:18 | Human Trafficking | Human Trafficking Objective Assessment Does the patient exhibit any of the following signs and symptoms?: None | Immunizations: Up To Date | Federico, Nicole G, RN |
| 23:18 | Personal Safety Observation | Personal Safety Objective Observations Accompanied by a controlling person or guardian: No | Patient exhibits fear, nervousness and/or avoids eye contact: No | Federico, Nicole G, RN |
| 23:18 | Domestic Violence | Domestic Violence Objective Assessment Does the patient exhibit any of the following signs and symptoms?: None | | Federico, Nicole G, RN |
| 23:18 | Adult/Elder Abuse | Adult/Elder Abuse Objective Assessment Does the patient exhibit any of the following signs and symptoms?: None | | Federico, Nicole G, RN |
| 23:18 | Potential for Violence | Potential for Violence Signs and Symptoms of Escalation: None | | Federico, Nicole G, RN |
| 23:18:35 | AVS Printed | | | Federico, Nicole G, RN |
| 23:18:36 | AVS Printed | | | Federico, Nicole G, RN |
| 23:20 | Devices | Device Data SpO2: 100 % (Device Time: 23:20:00) | Heart Rate: 69 (Device Time: 23:20:00) | Federico, Nicole G, RN |
| 23:24 | Learning Assessment | Learning Assessment Financial: No financial concerns | Barriers to Patient Learning: None | Federico, Nicole G, RN |
| 23:24 | Discharge Condition | Departure Condition Departure Condition: Stable | Mobility at Departure: Ambulatory | Federico, Nicole G, RN |
| | | Patient Teaching: Simple discharge instructions given; Follow-up care reviewed; Medications discussed; Verbalized understanding | Instructions given to: patient | |
| | | Departure Mode: With family Name of prescriptions given: flexeril, toradol, lidocaine patch | Departure Destination: Home | |
| 23:25 | Vitals | Vitals Heart Rate: 69 Resp: 17 BP: 115/72 | Heart Rate Source: Monitor SpO2: 100 % | Federico, Nicole G, RN |

Pfannenstiel, April Dawn (MR # 093294) Printed by Kennedy, Carolyn Y, RN [CKENNEDY] at 4/23...

---

Pfannenstiel, April Dawn (MR # 093294)                    Encounter Date: 04/21/2018

| 4/21/2018 | Event | Details | User |
|---|---|---|---|
| 23:25 | Vitals Reassessment | Vitals Assessment Automatic Restart Vitals Timer: Yes | Federico, Nicole G, RN |
| 23:25 | Custom Formula Data | Other flowsheet entries MAP (calculated): 86 mm Hg | Federico, Nicole G, RN |
| 23:26 | Patient discharged | | Federico, Nicole G, RN |
| 23:26:13 | Charting Complete | | McDaniel, Connor M, PCT |
| 23:26:13 | Charting Complete | | Kreb, Rachael, MD |
| 23:26:13 | Charting Complete | | Federico, Nicole G, RN |

Pfannenstiel, April Dawn (MR # 093294) Printed by Kennedy, Carolyn Y, RN [CKENNEDY] at 4/23...

Page 1 of 1

Page 1 of 2

## ED Medication Orders                                        Hide

| Start | Ordered | | Status | Ordering Provider |
|---|---|---|---|---|
| 04/21/18 2315 | 04/21/18 2259 | cyclobenzaprine (FLEXERIL) tablet 10 mg ONCE | Last MAR action: Given | KROB, RACHAEL |

## Code,Iso,Restraint
None

## ED Imaging Orders
None

## ED Micro, Lab, POCT
None

## ED All Other Orders
None

## Discharge Orders                                        Expand | Hide

| Start | Ordered | | Status | Ordering User |
|---|---|---|---|---|
| 04/21/18 0000 | 04/21/18 2305 | > ketorolac (TORADOL) 10 MG tablet EVERY 6 HOURS PRN Reprint | Ordered | KROB, RACHAEL |
| 04/21/18 0000 | 04/21/18 2305 | > lidocaine (LIDODERM) 5 % EVERY 24 HOURS Reprint | Ordered | KROB, RACHAEL |
| 04/21/18 0000 | 04/21/18 2305 | > cyclobenzaprine (FLEXERIL) 10 MG tablet 3 TIMES DAILY PRN Reprint | Ordered | KROB, RACHAEL |

Printed by KENNEDY, CAROLYN Y [CKENNEDY] at 4/23/2018 7:49:39 AM

Printed by KENNEDY, CAROLYN Y [CKENNEDY] at 4/23/2018 7:49:42 AM

DEF0009461b-10

## Discharge Documentation and Orders

**Discharge Information**

| Discharge Provider (none) | Date/Time 04/21/18 2326 | Disposition Home | Destination Discharge |
|---|---|---|---|

**Departure Condition**

| Date and Time | Departure Condition | Mobility at Departure | Departure Acuity | Patient Teaching | Departure Mode | User |
|---|---|---|---|---|---|---|
| 04/21/18 2324 | Stable | Ambulatory | — | Simple discharge instructions given;Follow-up care reviewed;Medications discussed;Verbalized understanding | With family | NGF |

### ⊟ Discharge Orders

Expand | Hide

| Start | Ordered | | | Status | Ordering User |
|---|---|---|---|---|---|
| 04/21/18 0000 | 04/21/18 2305 | > | ketorolac (TORADOL) 10 MG tablet EVERY 6 HOURS PRN  Reprint | Ordered | KROB, RACHAEL |
| 04/21/18 0000 | 04/21/18 2305 | > | lidocaine (LIDODERM) 5 % EVERY 24 HOURS  Reprint | Ordered | KROB, RACHAEL |
| 04/21/18 0000 | 04/21/18 2305 | > | cyclobenzaprine (FLEXERIL) 10 MG tablet 3 TIMES DAILY PRN  Reprint | Ordered | KROB, RACHAEL |

**Discharge Instructions**

**Your back pain seems due to a muscle strain. You might have some compression on your sciatic nerve by this muscle- it should get better as the muscle calms down.**

**It is important that you keep active- avoid strenuous activity, but do not lay in bed all day.**

Printed by KENNEDY, CAROLYN Y [CKENNEDY] at 4/23/2018 7:49:42 AM

Printed by KENNEDY, CAROLYN Y [CKENNEDY] at 4/23/2018 7:49:45 AM

DEF000961b-11

Page 2 of 2

**Keep taking Tylenol as needed for the pain. Alternate with either ibuprofen or the prescribed toradol. The Lidoderm patches can also be helpful.**

**Use Flexeril as needed for muscle spasm. It can be sedating.**

**Use ice or heat packs as needed for pain. Do not apply directly to the skin.**

**Come back or see your doctor if you have weakness, cannot control your urine or stool, or have severe/uncontrolled pain.**

Discharge References/Attachments
None

Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| Garrett, Dale G, MD | Occupational Therapy | Schedule an appointment as soon as possible for a visit | | 1504 SW 8th Ave. Topeka KS 66606 785-270-8605 |

Last Printed AVS

| Date/Time | Report | Action | User |
|---|---|---|---|
| 4/21/2018 11:18 PM | ED After Visit Summary | Printed | Federico, Nicole G, RN |

Printed by KENNEDY, CAROLYN Y [CKENNEDY] at 4/23/2018 7:49:45 AM

DEF000961b-12

| **MARS** incorporated | **Mars, Incorporated, Global Incident Report** | | | | | |
|---|---|---|---|---|---|---|
| Document number | OHSMP 4.3-01 | Revision | V1.0 | Approved by | HSELT | Effective Date | January - 2017 |

## Mars Chocolate North America, Topeka(TOP)

**Report Date:** 4/21/2018          **Incident Category:** Serious
**Incident Type:** Medical Treatment Incident

### 1.0 INCIDENT SUMMARY
**Date of Incident:** 4/21/2018          **Time of Incident:** 15:05
**Technology:** Women's Locker room

**Summary:**
At 15:05, the associate was walking through to the women's locker room to change into the Mars uniform. The associate slipped on a hair net that was left on the floor. To avoid the fall, associate jerked their back and held onto a nearby wall. Associate felt a pull in their back muscle but did not feel pain at that time. At approximately 17:00, the associate brought up pain on their right lower back to their Team Lead and took Tylenol from the Nurse's office. At 20:00, associate complained about continued pain and wanted to go to the hospital. The Team Lead escalated to MERT, site safety technicians and VSM. Associate was brought to a hospital emergency room and was accompanied with a site safety technician. The associate was diagnosed with back muscle strain with a sciatic nerve pinch. Associate was prescribed pain relief medication and a muscle relaxer. Drug screen test was performed, results to be received on 4/24/18. Associate will return to work based on drug screen results. No work restrictions were recommended.

### 2.0 DESCRIPTION OF INCIDENT

- At 15:00, associate arrived at the Topeka plant and punched in at the clock
- At 15:05, associate pulled their Mars uniform from the central uniform room and rushed to the women's locker room to change
- Associate did not see hair net on the floor and stepped on it by accident. Associate slipped on the hair net, and grabbed the nearby wall to avoid falling to the ground. Associate felt a pull in their back muscle but did not feel pain at that time.
- At 17:00, associate complained about pain to Team Lead and associate took Tylenol (250mg) from the Nurse's office
- At 20:00, associate complained about continued pain and wanted to go to the hospital
- Team Lead escalated to MERT and MERT arrived to ask questions surrounding the pain and incident. Associate mentioned to Team Lead that they've had a back injury in the past.
- Team Lead escalated to site safety technicians, nurse and VSM. Based on nurse's feedback, Team Lead prepared for associate to go to ER.
- At 21:22, Team Lead called AMR
- At 21:32, AMR arrived onsite to complete drug screen and transported associate to Stormont Vail ER
- At 22:30, Site safety technician arrived at Stormont Vail to accompany associate for ER visit
- At 23:30, Site safety technician informed Team Lead and VSM on results from ER. Associate was diagnosed with back muscle strain with sciatic nerve pinch. Associate was prescribed a muscle relaxer and pain medication.
- Drug screen results are pending (expected by 4/24/18)

**Further Investigation Revealed:**

DEF000961c-1

| **MARS** incorporated | **Mars, Incorporated, Global Incident Report** | | | | | |
|---|---|---|---|---|---|---|
| Document number | OHSMP 4.3-01 | Revision | V1.0 | Approved by | HSELT | Effective Date | January - 2017 |

- Associate was running late to the shift handover meeting and did not see the hair net on the floor (in women's locker room)
- There was poor house keeping with hair nets on the floor in the women's locker room.

### 3.0 IMMEDIATE ACTIONS

- Team Lead was notified and Team Lead escalated to MERT, site safety technicians and VSM.
- Associate was brought to Stormont Vail ER and was accompanied with the site safety technician.
- Associate was prescribed medication for pain and muscle relaxer.

### 4.0 INCIDENT PHOTOS/DIAGRAMS/PLANS

| Photo #1 shows the area where the hair net was found on the floor (Women's locker room) | Photo #2 shows the wall where the associate held on to avoid falling onto the ground. | |
|---|---|---|
|  |  | |

### 5.0 IMMEDIATE CAUSE(S)

- Asssociate was walking into the women's locker room and slipped on a hair net that was on the floor.

DEF000961c-2

| **MARS** incorporated | Mars, Incorporated, Global Incident Report | | | | | | |
|---|---|---|---|---|---|---|---|
| Document number | OHSMP 4.3-01 | Revision | V1.0 | Approved by | HSELT | Effective Date | January - 2017 |

**6.0  ROOT CAUSE(S)**

**Contributing Factor(s) to the incident:**
- Associate was in a hurry and was not maintaining awareness of their area condition.
- Cleanliness was not maintained in the women's locker room.  A hair net was on the floor.

**Root Cause(s) of the incident:**

**Root Cause Type :  Unsafe Behavior**
- Unsafe behavior was a contributing factor to the incident as the associate was lacking awareness of the locker room area and did not see the hair net on the floor.

**Root Cause Type :  Condition**
- Hair net was on the floor in the women's locker room, creating a slip hazard.

**7.0 CORRECTIVE ACTIONS**

| Root Cause/Contributing Factor | Action | Responsible | By when | Status |
|---|---|---|---|---|
| Unsafe behavior | Team Lead coached associate to be aware of their surroundings and to slow down when completing tasks. | Ben Arteaga | 4/21/18 | Complete |
| Condition | Site safety technician to share incident at the next period safety training session and remind associates on maintaining cleanliness in their areas to mitigate future slips and falls. | Kirk Hoeffner | 5/2/18 | In Progress |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**8.0 BUSINESS IMPACT**
- No impact to production or schedule
- Incident will be a safety recordable

DEF000961c-3