# Ex. F

5/23/18

5/23/18

Call w/ April 5/23/2018
- Both lead James & Travis leads termed harassment towards April.
- Travis had good friends/Military grp on the team, Travis' friends were mad and went after April.
- Jordan was always rude, brought it to April's leads attention. Went off on April and was let go.
- Had surgery on hands, came back Jacob was supposedly talking about April and brought up a gun charge. She was not charged and convicted but she came back.
- Apparently said the she had stolen valor - not true
- Still talks about her.
- + Gun charge "funny she is still here"; "who is she dating"
- Shirley Jacob & April were on the same team, but Jacob moved because he had a problem w/ April
- How many people here to get fired or maced [illegible] of her team before she's fired?
- Marissa/Mae heard [illegible] talk about April even to managers. [illegible]
- Comments in OG noon
- 3 detectives came to her door, called other detective that a police report was made by an associate who said showed up, had everyone w/ Ronell. Det. confirmed [illegible]
- Been going through this for a long time. Get a copy of report and get an attorney
- Got arrested yesterday
- New number, got [illegible]
- Ronell murdered someone last week, linked them together and affiliation w/ Ronell
- Bail - not sure of being charged w/ anything

ATTORNEY/CLIENT PRIVILEGED COMMUNICATION
[redacted]

Detective Davies: 3:50pm
Violent crime, not a suspect - may know him
- Jacob hates her, retribution for harassment
- Knows who made the report, came in from another agency, wanted to remain anonymous
- Sometimes it is reported to the company
- Shawnee County brought it up
- She associates w/ people who are violent
- 80% true - did not tell her who the information came from, did not confirm or deny, went to her house & Mars, never came to talk, went to fix her warrant (failure to appear) dropped
- Davies - misleading, cannot tell her what the other detective [illegible]
- [illegible] knew him though Mars
- Reports made after [illegible] was arrested
- Misdemeanor - failure to appear criminal damage to property earlier
- Davies said he murdered someone
- not thinking she's involved

DEF001160