# Ex. G

## Joshua Wunderlich

**From:** Rashid, Idol
**Sent:** Thursday, May 24, 2018 11:55 AM
**To:** Phillips, Niki
**Subject:** Fwd: AR Case - Topeka

Sent from my iPhone

Begin forwarded message:

> **From:** "Felix, Marylou" <Marylou.Felix@effem.com>
> **Date:** September 18, 2017 at 11:40:48 AM CDT
> **To:** "Rashid, Idol" <Idol.Rashid@effem.com>
> **Subject: AR Case - Topeka**
>
> Hi Idol,
>
> To bring you up to speed while you were out - On Thursday, September 14 I received a call from Shirley Ha in Topeka regarding an incident between two Associates, Jordan Stilley and April Pfannenstiel.
>
> After concluding the investigation: The recommendation was to move forward with separation. Associate was placed on a FWW for a similar incident on 5/10/2017.
>
> **SUMMARY OF INVESTIGATION:**
>
> Associates involved:
>     A. Jordan Stilley
>     B. April Pfannenstiel
>     C. Jacob Edwards
>     D. Hali Lux
>
> Manager involved:
> Benjamin Arteaga, Team Lead
>
> AR Alignment to recommendation:
>     1. Lavonne Frencher
>     2. Linda Lazlo
>     3. Chris Krugman
>     4. Legal was notified (Kim)
>
> I spoke with:
> Shirley Ha
> Ben Arteaga
> Jordan Stilley
> April Pfannenstiel
>
> Team Lead Benjamin Arteaga (Ben) received complaints from two associates that April was taking excessive breaks. In order to bring a resolution to the complaint, Ben organized a team meeting with

1



DEF001080-1

Associates named above (A-D). During this meeting Jordan began to yell and curse at April in regards to him observing her taking extra breaks. Ben tried to calm Jordan down but Jordan continued to insult and yell at April. Jordan asked to go home as he could not continue to work the rest of the day.

During AR's conversation with Jordan, Jordan admitted that he cursed at April. Jordan felt April was receiving special treatment and he is tired of it. Jordan shared that he feels April receives special treatment for a lawsuit she "holds over Mars." Jordan also stated that he does not feel the Team Lead, Ben, resolves any conflict. Jordan stated that any future conflicts that arise with an Associate – he (Jordan) will handle it on his own.

I handled this case from beginning to end. Paperwork has been submitted and the Notice of Benefits at Separation was mailed to the Associate's home. Ben will complete the final paycheck form.

Ben and I called Jordan to notify him of the results of the investigation
Associate was informed of his separation by phone on 9/17/17 @ 11:45am PST


Best regards,

Marylou

Marylou Felix
Associate Relations Manager
M: 862.254.5869
E: marylou.felix@effem.com

*My* P&O

"Cultivating meaningful experiences as guardians of our culture *everyday*".

2

DEF001080-2