# Ex. N

*APRIL PFANNENSTIEL vs.*

*MARS WRIGLEY CONFECTIONARY, US, LLC*

*DEPOSITION OF JONETTE PENTON*

*June 02, 2020*



mcr@metropolitanreporters.com
www.metropolitanreporters.com
913.317.8800   800.748.7511

OUT-OF-TOWN DEPOSITIONS?
WE'VE GOT YOU COVERED!



WWW.DEPOSPAN.COM

```
1              IN THE UNITED STATES DISTRICT COURT
2                  FOR THE DISTRICT OF KANSAS
3
4    APRIL PFANNENSTIEL,
5                Plaintiff,
6    vs.                              No.
7    MARS WRIGLEY CONFECTIONARY, US,  2:19-cv-02096-
8    LLC,                             JAR-GEB
9                Defendants.
10
11
12
13
14
15
16
17         VIDEOTAPED REMOTE DEPOSITION OF JONETTE
18   PENTON, a Witness, taken on behalf of the Plaintiff
19   before Kelsey Robbins Schmalz, CSR No. 1571,
20   CCR No. 1148, RPR, pursuant to Notice on the 2nd day
21   of June, 2020, with all participants, including the
22   witness, appearing via Zoom.
23
24
25
```

Page 2

1           APPEARANCES

2

3  APPEARING VIA MOBILE VIDEOCONFERENCING FOR THE
   PLAINTIFF:
4
         Mr. Joshua P. Wunderlich
5        Cornerstone Law Firm
         5821 Northwest 72nd Street
6        Kansas City, Missouri  64151
         816-581-4040
7        j.wunderlich@cornerstonefirm.com

8

9  APPEARING VIA MOBILE VIDEOCONFERENCING FOR THE
   DEFENDANT:
10
         Ms. Laura Bailey Gallagher
11       Harmon & Davies, PC
         2306 Columbia Avenue
12       Lancaster, Pennsylvania  17603
         800-238-2803
13       lgallagher@h-dlaw.com

14

15 VIDEOGRAPHER APPEARING VIA MOBILE VIDEOCONFERENCING:

16       Mr. Jeremy Martin, CLVS

17

18

19

20

21

22

23

24

25

```
 1                            INDEX
 2

 3   WITNESS:                                          PAGE:

 4   JONETTE PENTON

 5        Examination by Mr. Wunderlich                  4

 6

 7                           EXHIBITS

 8   EXHIBIT                                           PAGE
     NUMBER        DESCRIPTION                       IDENTIFIED
 9
       20          Electronic Correspondence            21
10
       21          Email                                23
11
       22          Email String                         25
12
       23          Email String                         33
13
       24          Email String                         36
14
       25          Email                                40
15
       26          Email String                         42
16
       27          Email String                         43
17
       28          Email with Attachments               45
18

19   NOTE:   Penton Exhibits 20 through 28 were attached to
             the original transcript.
20

21

22

23

24

25
```

1    (Deposition commenced at 10:03 a.m.)
2              THE VIDEOGRAPHER:  This is the
3    videotaped deposition of Jonette Penton, Case
4    No. 2:19-cv-02096-JAR-GEB.  Today's date is June 2 of
5    2020.  The time is now 10:04.  We're going on the
6    record.
7              Mr. Wunderlich, would you please state
8    your appearance.
9              MR. WUNDERLICH:  This is Josh
10   Wunderlich from Cornerstone Law Firm on behalf of
11   plaintiff, April Pfannenstiel.
12             THE VIDEOGRAPHER:  Ms. Gallagher,
13   would you please state your appearance.
14             MS. GALLAGHER:  Laura Gallagher from
15   Harmon & Davies for defendant.
16             THE VIDEOGRAPHER:  Thank you.  Would
17   you please swear in the witness.
18                    JONETTE PENTON,
19   being first duly sworn, testified under oath as
20   follows:
21                     EXAMINATION
22   BY MR. WUNDERLICH:
23        Q.   Ms. Penton, we have never met before.
24   My name is Josh Wunderlich, as stated earlier.  I
25   represent Ms. Pfannenstiel in a lawsuit against Mars

Page 43

1  Q. Is that -- is that common for you to
2  get requests from management as to the status of drug
3  tests?
4  A. Yes.
5  Q. Is it something that happens on every
6  work injury?
7  A. Yes.
8  Q. So it's your -- I just want to make
9  sure. It's your testimony that every time a drug
10 sample gets sent to Outcome, LLC, that management
11 inquires to you about the status of the processing of
12 that sample?
13 A. Yes.
14 Q. Does Mars send drug samples to
15 Outcome, LLC, for any reason other than on-the-job
16 injuries for which an employee is sent to the doctor?
17 A. Yes.
18 Q. What other instances would Mars take a
19 drug sample and send it to Outcome, LLC?
20 A. For reasonable suspicion or property
21 damage.
22          (Reporter clarification.)
23 BY MR. WUNDERLICH:
24 Q. Now I'm showing you DEF000920. Do you
25 see that?

1  reviewed in preparation for today's deposition?
2       A.    Yes.
3       Q.    And I'll just read it.  It says,
4  Caroline, looking for a late afternoon tomorrow.  The
5  associate is off work at 3:30 p.m., April
6  Pfannenstiel, with her date of birth 10/18/79, WC 413
7  D 52682 Liberty Mutual claim number.
8             Alleged fall after slipping on a hair
9  net on 4/21/18.  Treated at Stormont ER.  Was off
10 work through 4/28/18 secondary to our drug screen
11 policy, which states that you must have a negative
12 drug screen prior to return.  Her supervisor states
13 she is having discomfort today but did not complete
14 her prescribed medication.  Today we are restricting
15 her duty and encouraging her medication.  There are
16 also performance-based issues for this associate.  I
17 can provide detail if needed.
18            Did I read that correctly?
19      A.    Yes.
20      Q.    We've talked about you aren't
21 responsible for any kind of performance-related
22 discipline at Mars, correct?
23      A.    Correct.
24      Q.    And you weren't -- you weren't
25 responsible for performance-related issues or

1  discipline related to performance issues on
2  Wednesday, May 2nd, 2018, correct?
3       A.    Correct.
4       Q.    Do you -- what purpose did you have
5  for bringing up -- bringing up that Ms. Pfannenstiel
6  had performance-based issues to the work comp doctor
7  in this email?
8       A.    I do not know.
9       Q.    As you sit here today, would you have
10 had a reason to bring that up with the workers'
11 compensation doctor's office?
12      A.    For her or another associate?
13      Q.    For any associate, what would be a
14 reason for you to bring up whether an employee has
15 performance-based issues as part of their medical
16 document?
17      A.    My concern comes if the person has
18 multiple leaves that we don't get them confused as to
19 why they're really being seen by this particular
20 physician, want to keep things separate.
21      Q.    So I guess I'm not sure I understand.
22 So is it your testimony that an employee might be
23 seen at Stormont-Vail if they're -- in their
24 occupational health department because they have
25 performance issues?

Page 48

1    A.    When -- if I look at this today and if
2 I wrote this today, I would want the physician to
3 make sure that he's treating her for a fall from
4 slipping on a hair net and the body part pertaining
5 to that and not become involved with, for example,
6 our conversation earlier about points or other issues
7 they may have.
8    Q.    Right, because the medical provider
9 would have no reason to deal with those issues,
10 correct?
11   A.    Correct, but they get brought up in
12 the course of the conversation.
13   Q.    And when you say they get brought up,
14 they get brought up by the associate?
15   A.    Yes.
16   Q.    And so you say, I can provide detail
17 if needed.
18         It sounds to me that, you know, the
19 medical provider needs the opposite of details
20 regarding performance-based issues, correct, needs
21 fewer details; is that fair?
22   A.    I would say --
23   Q.    I'm sorry?
24   A.    I would say to clarify or to make sure
25 that both sides of the story are heard or match if

Page 53

```
 1
 2
 3
 4
 5                           _____
 6                           JONETTE PENTON
 7
 8
 9
10                           Subscribed and Sworn to
11   before me this _____ day of _____, 2020.
12
13
14                           _____
15                           Notary Public
16
17                           County of _____
18
19                           State of _____
20
21
22   APRIL PFANNENSTIEL vs. MARS WRIGLEY CONFECTIONARY,
23   US, LLC
24
25
```

Case 2:19-cv-02096-JAR   Document 59-13   Filed 08/26/20   Page 12 of 13

| APRIL PFANNENSTIEL vs | DEPOSITION OF JONETTE PENTON |
|---|---|
| MARS WRIGLEY CONFECTIONARY, US, LLC | June 02, 2020 |

Page 54

1  ERRATA SHEET

2  RE:  APRIL PFANNENSTIEL vs. MARS WRIGLEY
     CONFECTIONARY, US, LLC
3
   DEPOSITION OF:  JONETTE PENTON
4
   PG/LN NO.      CORRECTION        REASON FOR CHANGE
5
       :_____:_____:_____
6
       :_____:_____:_____
7
       :_____:_____:_____
8
       :_____:_____:_____
9
       :_____:_____:_____
10
       :_____:_____:_____
11
       :_____:_____:_____
12
       :_____:_____:_____
13
       :_____:_____:_____
14
       :_____:_____:_____
15
       :_____:_____:_____
16
       :_____:_____:_____
17
       :_____:_____:_____
18
       :_____:_____:_____
19

20  _____ I certify that I have read my deposition in
    the above case and I request that no changes be made.
21  _____ I certify that I have read my deposition in
    the above case and I request that the above changes
22  be made.

23                      SIGNATURE OF DEPONENT:
                        _____
24
                        DATED: _____
25

1     C E R T I F I C A T E

2       I, Kelsey Robbins Schmalz, a Certified Court

3   Reporter, do hereby certify:

4       That prior to being examined the witness was

5   by me duly sworn;

6       That said deposition was taken down by me in

7   shorthand at the time and place hereinbefore stated

8   and was thereafter reduced to writing under my

9   direction;

10       That I am not a relative or employee or

11   attorney or counsel of any of the parties, or a

12   relative or employee of such attorney or counsel, or

13   financially interested in the action.

14       The original transcript is in the custody of:

15       Mr. Joshua P. Wunderlich
         Cornerstone Law Firm
16       5821 Northwest 72nd Street
         Kansas City, Missouri  64151
17
         WITNESS my hand and seal this 2nd day of
18
     June, 2020.
19

20

21                  _____
                    Kelsey Robbins Schmalz
22                   CSR No. 1571, CCR No. 1148, RPR

23
     APRIL PFANNENSTIEL vs. MARS WRIGLEY CONFECTIONARY,
24   US, LLC

25