# Ex. P

# TOPEKA POLICE DEPARTMENT
## NON CRIMINAL INCIDENTS REPORT

**INCIDENT CASE NUMBER:** 2018-51135

### INCIDENT - GENERAL INFORMATION

- [ ] INITIAL
- [x] MODIFY
- [ ] DELETE
- [ ] ADD
- [ ] ON VIEW
- [ ] CITIZEN
- [x] DISPATCHED

- [x] INCIDENT-GENERAL INFORMATION
- [ ] CASUALTY
- [ ] MENTAL HEALTH / CIT
- [ ] MISSING PERSONS
- [ ] TAVERN REPORT

**DATE OF OCCURRENCE OR LOCATION LAST SEEN DATE:** 05/18/2018
**TIME:** 1430
**DATE OCCURRENCE ENDED:** 05182018
**TIME:** 1540
**DATE OF REPORT:** 05/29/2018

**LOCATION OF INCIDENT OR LOCATION LAST SEEN:** 100 SW Mars Blvd, Topeka, KS 66609
**REPORT AREA:** 445
**TIME REPORTED:** 1442
**TIME ARRIVED:** 1540
**TIME CLEARED:** 1611

### BUSINESS / SUBJECT / PROPOSED PATIENT

**NAME (LAST, FIRST, MIDDLE):** Edwards, Jacob Andrew
**ADDRESS:** [redacted], Topeka, KS 66604
**TELEPHONE NUMBER (HOME):** 785-[redacted]
**HEIGHT:** 502  **WEIGHT:** 195  **HAIR:** BRO  **EYES:** BLU  **RACE:** W  **SEX:** M  **ETHNICITY:** N  **RES/N-RES:** R  **AGE:** 31
**HAIR LENGTH:** S  **HAIR STYLE:** S
**DL STATE:** KS

### WIT / RP / N-RELATIVE

**NAME:** Pfannenstiel, April Dawn
**TELEPHONE NUMBER (HOME):** 913-246-1953
**RACE:** W  **SEX:** F  **ETHNICITY:** N  **RES/N-RES:** R  **AGE:** 38
**DATE OF BIRTH:** 10/18/1979
**HEIGHT:** 507  **WEIGHT:** 160  **HAIR:** BRO  **EYES:** BRO
**EMPLOYER/SCHOOL:** Mars
**ADDRESS:** 100 SW Mars Blvd, Topeka, KS 66609

### DETAILS

On May 18, 2018, Deputy S. Gilchrist (IBM 394) spoke with Mr. Jacob Andrew Edwards (W/M, [redacted]) reference what he believed to be disturbing comments made by a co-worker, April Pfannenstiel (W/F, 10/18/1979) while they were both working at the Mars plant in Topeka, Kansas. According to Edwards, Pfannenstiel had talked about wanting to kill people, being involved in drive-by shootings, and hanging out with a killer. On May 24, 2018, I spoke with Pfannenstiel about these issues. She explained to me that Edwards is angry with her because of an ongoing issue she has had with sexual harassment involving two of their co-workers. The two have been disciplined or removed from their positions

**REPORTING OFFICER IBM#:** BLOO 164
**DATE:** 05/29/2018

EXHIBIT NO. 1
12-16-19 SL
METROPOLITAN COURT REPORTING + LEGAL VIDEO

PFANNENSTIEL -000001

# NON CRIMINAL INCIDENTS REPORT   PAGE 2

CASE # 2018-51135

## WITNESS / REPORTING PARTY

| NAME LAST | FIRST | MIDDLE | ADDRESS: STREET | CITY | STATE | ZIP |
| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES/N-RES | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
| EMPLOYER/SCHOOL | | ADDRESS: STREET | CITY | STATE | ZIP | TELEPHONE (WORK) |

| NAME LAST | FIRST | MIDDLE | ADDRESS: STREET | CITY | STATE | ZIP |
| TELEPHONE NUMBER (HOME) | RACE | SEX | ETHNICITY | RES/N-RES | AGE | DATE OF BIRTH (MMDDCCYY) | HEIGHT | WEIGHT | HAIR | EYES |
| EMPLOYER/SCHOOL | | ADDRESS: STREET | CITY | STATE | ZIP | TELEPHONE (WORK) |

## PETITIONER INFORMATION

| PETITIONER NAME: LAST | FIRST | MIDDLE | ADDRESS: STREET | CITY | STATE | ZIP |
| RELATIONSHIP TO THE PROPOSED PATIENT | PRIMARY PHONE # | BACKUP PHONE # |

### INVOLUNTARY COMMITMENT NARRATIVE REQUIREMENTS

**Description of Proposed Patient's Recent Behavior (In the last 24 to 48 hours)**
Please describe in detail the behavior of the patient that is causing you concern. You must include the following:
1. Information about the patient current mental health symptoms.
2. Information that indicates potential harm to self, others, and property.
3. Information indicating the patient's inability to make informed treatment decisions to demonstrate the need for involuntary hospitalization at a State Mental Health Hospital.
4. Behavior / symptoms witnessed by you and witnesses.
5. The initiating officer will provide a copy of the Topeka Police Department Health/CIT Report to the treatment facility and/or the mental health screener per SOP DL46.

## DETAILED NARRATIVE

which upset Edwards, and Pfannenstiel believes this, coupled with her not wanting to flirt with him, has led to him making the statement to law enforcement. Pfannenstiel is currently on leave from Mars due to multiple disturbances she has been involved in with men at the plant. Pfannenstiel contends these disturbances are a result of her being bullied or sexually harassed and filed complaints regarding them. I see no evidence that would lead me to prolong this case. Nothing Mr. Edwards said leads me to believe she poses a threat to him or anyone else. This case will be closed at this time. NFATT BLOOD 164

PRINTED NAME:    SIGNATURE:

TPD/IT REV 3/6/2015

PFANNENSTIEL -000002