# Ex. Q

# Laura Gallagher

**From:** Rashid, Idol <Idol.Rashid@effem.com>
**Sent:** Monday, February 05, 2018 10:44 AM
**To:** Ha, Shirley
**Subject:** RE: A Pfannenstiel

Jonette has followed the correct response of escalating her failures with the letter that was sent out and we will need to continue to monitor it with Legal's help. It's unfortunate that she is not abiding by the expectations in the process while we are providing her this benefit and I would not call it acceptable.

**From:** Ha, Shirley
**Sent:** Friday, February 2, 2018 6:49 PM
**To:** Arteaga Sr, Benjamin <Benjamin.Arteaga.Sr@effem.com>; Rashid, Idol <Idol.Rashid@effem.com>
**Subject:** RE: A Pfannenstiel

Idol,

April has consistently failed to provide her paperwork in time. Is it really acceptable to continue in this manner?

**Shirley Ha**
**Filled Bar / Baked Value Stream Mgr – Topeka**
**M:** 717-491-5429
**E:** shirley.ha@effem.com



     

*CONFIDENTIALITY. This email and any attachments are confidential and may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email and any attachments from your system.*

**From:** Arteaga Sr, Benjamin
**Sent:** Friday, February 2, 2018 6:29 PM
**To:** Penton, Jonette <Jonette.Penton@effem.com>; Ha, Shirley <Shirley.Ha@effem.com>
**Cc:** Rashid, Idol <Idol.Rashid@effem.com>
**Subject:** RE: A Pfannenstiel

Thank you Jonette

**From:** Penton, Jonette
**Sent:** Friday, February 2, 2018 5:51 PM
**To:** Ha, Shirley <Shirley.Ha@effem.com>; Arteaga Sr, Benjamin <Benjamin.Arteaga.Sr@effem.com>
**Cc:** Rashid, Idol <Idol.Rashid@effem.com>
**Subject:** FW: A Pfannenstiel

DEF000229