IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| APRIL PFANNENSTIEL, | ) |
|  | ) |
| Plaintiff, | ) CIVIL ACTION |
|  | ) CASE NO.  2:19-CV-02096 |
|  | ) |
| v. | ) |
|  | ) |
| MARS WRIGLEY CONFECTIONERY, | ) |
|  | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendant Mars Wrigley Confectionery (hereinafter "Mars" or "Defendant"), by and through its undersigned counsel, and respectfully moves the Court for an additional seven (7) calendar days to reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment. In support of this Motion, Defendant states:

1. This is a wrongful termination case arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq.; the Family and Medical Leave Act, 29 U.S.C. §§ 2601 et seq.; and Kansas common law.

2. On July 31, 2020, Defendant moved for summary judgment on each of Plaintiff's claims against it.

3. On August 26, 2020, Plaintiff responded to Defendant's Motion for Summary Judgment.

4. Defendant's current deadline to reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment pursuant to L.R. 6.1(d)(2) is Wednesday, September 9, 2020.

5. Due to unanticipated business matters arising, in addition to the regular press of business, Defendant's counsel does not reasonably believe that an adequate reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment can be prepared by that date.

6. Defendant's counsel has conferred with counsel for Plaintiff and requested additional time to reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment.

7. Counsel for Plaintiff does not oppose Defendant's request for said extension.

8. Defendant's request is made in good faith and not for the purpose of unduly delaying litigation.

WHEREFORE, Defendant respectfully requests the Court grant it an extension of time, up to and including September 16, 2020, to reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment, and for any other relief that the Court deems just and equitable.

Date:   September 9, 2020            Respectfully Submitted,

/s/ *J. Phillip Gragson*
J. Phillip Gragson, #16103
Henson, Hutton, Mudrick, Gragson & Vogelsberg LLP
3649 SW Burlingame Road, Ste. 200
Topeka, KS  66111-2155
Telephone:  (785) 232-2200 x 223
Facsimile:   (785) 232-3344
Email:  jpgragson@hensonlawoffice.com

>Thomas R. Davies, Esq., Pro Hac Vice
>Laura Bailey Gallagher, Esq., Pro Hac Vice
>Harmon & Davies, P.C.
>2306 Columbia Ave.
>Lancaster, PA  17603
>Telephone: (717) 291-2236
>Facsimile:  (717) 291-5739
>tdavies@h-dlaw.com
>lgallagher@h-dlaw.com
>
>*Counsel for Defendant*
>*Mars Wrigley Confectionery*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Defendant's Unopposed Motion for Extension of Time to Reply to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment was filed electronically via CM/ECF on this 9th day of September, 2020 and electronic notification was provided to:

Joshua P. Wunderlich, Esq.
Cornerstone Law Firm
8350 N. St. Clair Ave., Suite 225
Kansas City, MO  64151
jwunderlich@cornerstonefirm.com
*Attorney for Plaintiff*

>/s/ *J. Phillip Gragson*
>J. Phillip Gragson, #16103

3