IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| APRIL PFANNENSTIEL,<br><br>      Plaintiff,<br><br>      v.<br><br>MARS WRIGLEY CONFECTIONERY, US, LLC,<br><br>      Defendant. | Case No. 19-2096-JAR |

## FINAL PRETRIAL ORDER

This case is set for jury trial beginning **June 14, 2021 at 9:00 a.m.** in Kansas City, Kansas, Courtroom 655/643. Estimated time of trial is 5 days. In addition, the Court sets the following deadlines.

I.      **WITNESSES AND EXHIBITS.**

      a.      **Final Witness and Exhibit Disclosures Under Rule 26(a)(3).** No later than **May 17, 2021**, the parties shall file final witness and exhibit disclosures pursuant to Fed. R. Civ. P. 26(a)(3)(A). The parties' final witness lists shall specify which witnesses will be called live, and which will be called via written or video deposition. With regard to each witness disclosed under Fed. R. Civ. P. 26(a)(3)(A)(i), the disclosures also shall set forth the subject matter of the expected testimony and a brief synopsis of the substance of the facts to which the witness is expected to testify. Witnesses expected to testify as experts shall be so designated. Witnesses and exhibits disclosed by one party may be called or offered by any other party. Witnesses and exhibits not so disclosed and exchanged as required by the Court's order shall not be permitted to testify or be received in evidence, respectively, except by agreement of counsel or upon order of the Court.

     **b.**     **Objections.**  No later than **May 24, 2021**, the parties shall file any objections under Fed. R. Civ. P. 26(a)(3)(B). The Court shall deem waived any objection not timely asserted, unless excused by the Court for good cause shown.

     **c.**     **Exhibits.**  No later than **June 7**, the parties shall mark all exhibits.  The parties shall exchange copies of exhibits at or before the time they are marked.  The parties shall also prepare lists of their expected exhibits for use by the courtroom deputy clerk and the court reporter.  In marking exhibits, the parties shall use preassigned ranges of numbered exhibits. Plaintiff(s) shall use Exhibit Nos. 1-800; Defendant(s) shall use Exhibit Nos. 801 and higher. The parties shall mark each exhibit that they expect to offer with an exhibit sticker and place each exhibit in a three-ring notebook with numbered tabs that correspond to the numbered exhibits.

     **EXHIBITS:**  Parties are expected to use presentation technology available in the courtroom to display evidence to the jury. Training on the equipment should be arranged well in advance of trial with the courtroom deputy. See "Jury Evidence Recording System" which may be accessed on the district website at http://ksd.uscourts.gov/ *(located under the "for attorneys" tab)*. Counsel shall provide in electronic format any exhibits of documents, photographs, videos, and any other evidence that may be reduced to an electronic file no later than **June 7, 2021,** for the use of Court personnel and the Court's Jury Evidence Recording System (JERS) during trial. Documents and photographs shall be in **.pdf, .jpg, .bmp, .tif,** or **.gif** format; video and audio recordings shall be in **.avi, .wmv, .mpg, .mp3, .wma,** or **.wav** format.  Each electronic exhibit shall be saved as a separate, independent file, and provided to the Court on a storage device, such as cd, dvd, or flash drive. Exhibit files shall be named consistent with their order and name on the exhibit list.

2

      **d.**      **Deposition Testimony.**  No later than **May 17, 2021**, consistent with Fed. R. Civ. P. 26(a)(3)(A)(ii), any deposition testimony which a party seeks to offer other than to impeach a testifying witness shall be designated by page and line in a pleading and filed.  No later than **May 24, 2021**, any counter-designations in accordance with Fed. R. Civ. P. 32(a)(6), together with any objections to designations made by the offering party, shall be filed.  No later than **June 1, 2021**, any objections to the counter-designations shall be filed.  Before filing any objections, the parties shall have conferred in good faith to resolve the dispute among themselves.  No later than **June 7, 2021**, to facilitate the Court's ruling on any objections to designations or counter-designations, the party seeking to offer the deposition testimony shall provide the Court a copy of each deposition transcript at issue.  Red highlighting shall be used to identify the testimony that plaintiffs have designated, blue highlighting shall be used for defendant, and green highlighting shall be used to identify the objections to any designated testimony.  After receiving and reviewing these highlighted transcripts, the Court will issue its rulings regarding any objections.  The parties shall then file the portions of the depositions to be used at trial in accordance with D. Kan. Rule 32.1 and submit any videotape or DVD edited testimony to reflect the designations and the Court's rulings on objections.

**II.**    **MOTIONS.**

Absent an order of the Court, the arguments and authorities section of briefs or memoranda submitted in connection with all further motions or other pretrial matters shall not exceed 30 pages.

      **a.**      **Pending Motions.**  None

      **b.**      **Motions in Limine.**  The parties shall file all motions in limine no later than **May 24, 2021**.  The parties shall file briefs in opposition to motions in limine within the time period

required by D. Kan. Rule 6(1)(d)(1), or at least **June 1, 2021**, whichever is earlier. Absent leave of the Court, the parties shall not file reply briefs in support of motions in limine. In Limine Conference scheduled for **June 9, 2021 at 9:00 a.m., Courtroom 427.**

### III.     FURTHER PROCEEDINGS AND FILINGS.

a.     **Trial Briefs.**  No later than **June 1, 2021**, a party may submit a trial brief which complies with the requirements of D. Kan. Rule 7.6.  The Court does not require trial briefs but finds them helpful if the parties anticipate that unique or difficult issues of law will arise during trial.

b.     **Voir Dire.**  No later than **June 1, 2021**, a party may submit proposed voir dire questions only to address particularly unusual areas of questioning, or questions that are likely to result in objections by the opposing party.  Objections to any proposed voir dire shall be filed no later than **June 7, 2021**.

c.     **Joint Statement of the Case**.  No later than **June 7, 2021**, counsel shall prepare a joint statement in simple terms describing the nature of the case including the claims and defenses of the parties to be read by the Court during voir dire.  This statement will be used to set the context of the trial for the jury. The statement of the case generally should not exceed one page.

d.  **Jury Instructions.**

**(1)**     The parties shall submit requests for proposed instructions in jury cases in compliance with Fed. R. Civ. P. 51 and D. Kan. Rule 51.1. Under D. Kan. Rule 51.1, the parties and attorneys have joint responsibility to attempt to submit one agreed set of preliminary and final instructions which specifically focuses on the parties' factual contentions, the controverted essential elements of any claims or defenses, damages, and any other instructions unique to this

case.  In the event of disagreement, each party shall submit its own proposed instructions with a brief explanation, including legal authority as to why its proposed instruction is appropriate, or why its opponent's proposed instruction is inappropriate, or both.  The standard (stock instructions) concerning the jury's deliberations, the evaluation of witnesses' credibility, etc. are available at http://www.ksd.uscourts.gov.  It is not necessary to submit standard jury instructions to the Court.

**(2)** No later than **May 17, 2021**, the parties shall file proposed instructions. Objections to any proposed instructions shall be filed no later than **May 24, 2021**.

**(3)** In addition to filing proposed jury instructions, the parties shall submit their proposed instructions (formatted in Word) as an attachment to an e-mail sent to ksd_robinson_chambers@ksd.uscourts.gov.

**IV.     GUIDELINES FOR CIVIL AND CRIMINAL PROCEEDINGS**

The parties are encouraged to review Judge Robinson's Guidelines for Civil and Criminal Proceedings, available at http://www.ksd.uscourts.gov/julie-a-robinson/ for further information about Judge Robinson's preferences and requirements for trial.

Dated: February 9, 2021

                                             S/ Julie A. Robinson
                                             JULIE A. ROBINSON
                                             UNITED STATES DISTRICT JUDGE

| Event | Deadline/Setting |
|---|---|
| **Trial** | **June 14, 2021** |
| **Final witness & exhibit disclosures** | **May 17, 2021** |
| **Proposed jury instructions** | **May 17, 2021** |
| **Deposition testimony designated** | **May 17, 2021** |
| **Motions in limine** | **May 24, 2021** |
| **Objections to final witness & exhibit disclosures** | **May 24, 2021** |
| **Objections to proposed jury instructions** | **May 24, 2021** |
| **Objections to deposition designations, along with counter-designations** | **May 24, 2021** |
| **Briefs in opposition to motions in limine** | **June 1, 2021** |
| **Objections to counter-designations of deposition testimony** | **June 1, 2021** |
| **Trial briefs (optional)** | **June 1, 2021** |
| **Proposed voir dire questions** | **June 1, 2021** |
| **Exhibits marked** | **June 7, 2021** |
| **Submission of disputes concerning designated deposition testimony** | **June 7, 2021** |
| **Objections to proposed voir dire questions** | **June 7, 2021** |
| **Joint Statement of case for use during voir dire** | **June 7, 2021** |